## United States Bankruptcy Court
## Northern District of Illinois

**IN RE:**                                                                              Case No. _____

**Pappas, Nick P.** _____    Chapter **7** _____

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____**4,574.00**

Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____**4,574.00**

Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____**0.00**

2.  The source of the compensation paid to me was:  ☑ Debtor    ☐ Other (specify)

3.  The source of compensation to be paid to me is:  ☐ Debtor    ☐ Other (specify)

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~
    e.  [Other provisions as needed]
    **Per Representation Agreement**

6.  By agreement with the debtor(s), the above disclosed fee does not include the following services:
    **Per Representation Agreement**

<table>
<tr><td colspan="2" align="center">CERTIFICATION</td></tr>
<tr><td colspan="2">I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.</td></tr>
<tr><td>_____<br>**July  6, 2012**<br>Date</td><td>**/s/ John E. Gierum**<br>**John E. Gierum 0951803**<br>**Gierum & Mantas**<br>**9700 West Higgins Road Suite 1015**<br>**Rosemont, IL  60018**<br><br>**jgierum@7trustee.net**</td></tr>
</table>

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# GIERUM & MANTAS

9700 WEST HIGGINS ROAD
SUITE 1015
ROSEMONT, ILLINOIS 60018
847.318.9130
FACSIMILE 847.318.9140

JOHN E. GIERUM
WILLIAM J. MANTAS
———

e-mail: john@gierummantas.com
WRITER'S EXT. NO. 1

## REPRESENTATION AGREEMENT

I (We), <u>Nick P. Pappas</u>, discussed with GIERUM & MANTAS my/our objectives in filing this case and I agree to pay <u>$3674</u> for legal services for filing _X_ Chapter 7 or ___ Chapter 13. In addition, I (We) agree to pay court costs and fees for ordering credit reports ($326.00). I also agree to pay said fee before the filing of the case, and to provide the attorney with full, accurate and timely information regarding debts owed, assets owned, financial and otherwise, including properly documented proof of income and copies of tax returns filed.

GIERUM & MANTAS agrees to render legal service for all aspects of the bankruptcy case, including:

    a.    Analysis of the debtor's financial situation, and rendering advice to the debtor in regards to the advisability of filing either a Chapter 7 or Chapter 13 case

    b.    Preparation and filing of any petition, schedules, statement of affairs and plan which may be required

    c.    Advise the debtor of the requirement to attend the meeting of creditors, and notify the debtor of the date, time and place of the meeting

    d.    Representation of the debtor at the meeting of the creditors and confirmation hearing, and any adjourned hearings thereof

Above agreed fee does not include the following services:

    a.    2004 examinations

    b.    contested hearings

    c.    adversary proceedings

    d.    any motions to compel, to reopen or to avoid Judgment Lien in Chapter 7

    e.    any audits exceeding more than 3 hours

    f.    any creditors not listed on bankruptcy petition are not dischargeable so any additional creditors to be added post bankruptcy filing requires $30 court cost to amend the schedule. NO CREDITORS CAN BE ADDED AFTER BANKRUPTCY DISCHARGE IS ENTERED.

Fees for the services rendered on non-inclusive services will be at the hourly billing rate of $350.00 an hour for John E. Gierum's time and $200.00 an hour for associate attorney.

Above agreed fee agreement is terminated with an issuance of discharge and case closing or dismissal of the case.   The services of GIERUM & MANTAS can be terminated at any time.  Similarly, GIERUM & MANTAS may withdraw from its representation of you, consistent with the Rules of Professional Conduct, should you fail to disclose any material facts or act contrary to the Firm's advice, or if anything else occurs that, in the Firm's judgment, impairs its ability to continue an effective attorney-client relationship.

Although we will perform our professional services on your behalf to the best of our ability, we cannot make,

and have not made, any guarantees regarding the outcome of the matter for which you have engaged us. Our expressions about the outcome of the matter are our best professional estimates only and are limited by our knowledge at the time they are expressed.

Date:  June 21, 2012
Signed:

_____


_____
                Attorney for Debtor

B201A (Form 201A) (11/11)

# UNITED STATES BANKRUPTCY COURT

## NOTICE TO CONSUMER DEBTOR(S) UNDER §342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a joint case (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $46 administrative fee, $15 trustee surcharge: Total fee $306)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

**Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $46 administrative fee: Total fee $281)**

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

**Chapter 11: Reorganization ($1000 filing fee, $46 administrative fee: Total fee $1046)**

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12: Family Farmer or Fisherman ($200 filing fee, $46 administrative fee: Total fee $246)**

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

3. **Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials**

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B201B (Form 201B) (12/09)

## United States Bankruptcy Court
## Northern District of Illinois

IN RE:                                                                    Case No. _____

Pappas, Nick P. _____    Chapter **7** _____

                              Debtor(s)

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor the attached notice, as required by § 342(b) of the Bankruptcy Code.

_____    Social Security number (If the bankruptcy
Printed Name and title, if any, of Bankruptcy Petition Preparer    petition preparer is not an individual, state
Address:                                                            the Social Security number of the officer,
_____    principal, responsible person, or partner of
                                                                    the bankruptcy petition preparer.)
_____    (Required by 11 U.S.C. § 110.)

**X** _____
Signature of Bankruptcy Petition Preparer of officer, principal, responsible person, or
partner whose Social Security number is provided above.

### Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

Pappas, Nick P. _____    **X** */s/ Nick P. Pappas* _____    **7/06/2012**
Printed Name(s) of Debtor(s)                            Signature of Debtor                    Date

Case No. (if known) _____    **X** _____
                                                        Signature of Joint Debtor (if any)            Date

**Instructions:**  Attach a copy of Form B 201A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (12/11)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Pappas, Nick P.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all):   **8194** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**4920 Boulder Lane<br>Barrington, IL**<br>ZIPCODE **60010** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIPCODE | |

**Type of Debtor**
(Form of Organization)
(Check **one** box.)

☒ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☐ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtor**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check **one** box.)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☒ Other

**Tax-Exempt Entity**
(Check box, if applicable.)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.)

☒ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check **one** box.)
☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
☒ Debts are primarily business debts.

**Filing Fee** (Check one box)

☒ Full Filing Fee attached

☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

**Check one box:**
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Check all applicable boxes:**
☐ A plan is being filed with this petition
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Pappas, Nick P.** |
|---|---|

| **All Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:**None** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**Ted's Fruit Market, Inc.** | Case Number:<br>**12-07131** | Date Filed:<br>**2/27/2012** |
| District:<br>**ND IL ED** | Relationship:<br>**Wholly Owned Corp.** | Judge:<br>**Goldgar** |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)          Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☒ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

**Information Regarding the Debtor - Venue**

(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**

(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord that obtained judgment)

_____

(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (12/11)    Page 3

## Voluntary Petition
*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Pappas, Nick P.**

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ Nick P. Pappas**
_____
Signature of Debtor        **Nick P. Pappas**

X  _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**July  6, 2012**
_____
Date

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X  _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

| Signature of Attorney* | Signature of Non-Attorney Petition Preparer |
|---|---|

X  **/s/ John E. Gierum**
_____
Signature of Attorney for Debtor(s)

**John E. Gierum 0951803**
**Gierum & Mantas**
**9700 West Higgins Road Suite 1015**
**Rosemont, IL  60018**

**jgierum@7trustee.net**

**July  6, 2012**
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any,  of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X  _____
Signature

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1D (Official Form 1, Exhibit D) (12/09)

## United States Bankruptcy Court
## Northern District of Illinois

IN RE:                                                           Case No. _____

**Pappas, Nick P.** _____   Chapter **7** _____
Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

   ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

   ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

   ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: **_/s/ Nick P. Pappas_** _____

Date: **July  6, 2012** _____

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Summary (Form 6 - Summary) (12/07)

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                                    Case No. _____

**Pappas, Nick P.** _____   Chapter **7** _____
                           Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 920,000.00 | | |
| B - Personal Property | Yes | 3 | $ 305,950.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $ 1,902,498.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $ 4,181.56 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 28 | | $ 900,954.85 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $ 2,515.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $ 7,612.00 |
| TOTAL | | 41 | $ 1,225,950.00 | $ 2,807,634.41 | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Form 6 - Statistical Summary (12/07)

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                                          Case No. _____

Pappas, Nick P. _____    Chapter **7** _____

                          Debtor(s)

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☑ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| **TOTAL** | $ |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ |
| Average Expenses (from Schedule J, Line 18) | $ |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ |
| 4. Total from Schedule F | | $ |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6A (Official Form 6A) (12/07)

**IN RE** Pappas, Nick P.
_____      Case No. _____
                    Debtor(s)                                                              (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **Commercial Building**<br>**1234 South Michigan Avenue**<br>**Chicago, IL**<br>**25% ownership interest in property** | **JTWROS** | **J** | **900,000.00** | **1,721,682.00** |
| **Vacant Lot**<br>**1139 South Whipple**<br>**Chicago, IL**<br>**50% ownership interest in property** | **JTWROS** | **J** | **20,000.00** | **20,719.00** |
| | | **TOTAL** | **920,000.00** | |

(Report also on Summary of Schedules)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07)

IN RE **Pappas, Nick P.**
_____    Case No. _____
　　　　　　Debtor(s)    (If known)

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Account at Brickyard Bank** | J | 250.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, include audio, video, and computer equipment. | | **Normal household furniture and tv** | J | 1,000.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | **Regular clothing and related** | | 200.00 |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issue. | X | | | |
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13.  Stock and interests in incorporated and unincorporated businesses. Itemize. | | **100% Stock of Ted's Fruit Market, Inc. (Corporation bankrupt)** | | 0.00 |
| 14.  Interests in partnerships or joint ventures. Itemize. | X | | | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE **Pappas, Nick P.**
_____
Debtor(s)

Case No. _____
(If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | | **Beneficial interest of Trust that is one-half owner of condo at 212 East Cullerton, Unit 411, Chicago** | | 40,000.00 |
| | | **Beneficial interest of Trust that is one-half owner of Single family residence at 4920 Boulder Lane, Barrington, IL** | | 250,000.00 |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1999 Mercedes (wife's car) no equitable interest just bare legal title** | | 5,500.00 |
| | | **2008 Ford Explorer** | | 9,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE **Pappas, Nick P.**                                                Case No. _____
                    Debtor(s)                                                    (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **TOTAL** | **305,950.00** |

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

_____ **0** continuation sheets attached

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6C (Official Form 6C) (04/10)

IN RE **Pappas, Nick P.**                                                                    Case No. _____
             Debtor(s)                                                                                      (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:               ☐ Check if debtor claims a homestead exemption that exceeds $146,450. *
(Check one box)
  ☐ 11 U.S.C. § 522(b)(2)
  ☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **Checking Account at Brickyard Bank** | **735 ILCS 5 §12-1001(b)** | **250.00** | **250.00** |
| **Normal household furniture and tv** | **735 ILCS 5 §12-1001(b)** | **1,000.00** | **1,000.00** |
| **Regular clothing and related** | **735 ILCS 5 §12-1001(a)** | **200.00** | **200.00** |
| **Beneficial interest of Trust that is one-half owner of Single family residence at 4920 Boulder Lane, Barrington, IL** | **735 ILCS 5 §12-901** | **15,000.00** | **250,000.00** |
| **1999 Mercedes (wife's car) no equitable interest just bare legal title** | **735 ILCS 5 §12-1001(b)** | **2,750.00** | **5,500.00** |
| **2008 Ford Explorer** | **735 ILCS 5 §12-1001(c)** | **2,400.00** | **9,000.00** |

* Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6D (Official Form 6D) (12/07)**

**IN RE** Pappas, Nick P.
_____
Debtor(s)    (If known)

Case No. _____

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **5890** **Archer Bank** **F/K/A Allegiance Community Bank** **8001 West 183rd Street** **Tinley Park, IL  60477** | X | H | **Installment account opened 5/08 mortgage on Michigan Avenue real estate** VALUE $ **900,000.00** | | | | 1,721,682.00 | 821,682.00 |
| ACCOUNT NO. **George D. Karcazes** **Martin & Karcazes, Ltd.** **161 North Clark St., Ste. 550** **Chicago, IL  60601-3376** | | | **Assignee or other notification for:** **Archer Bank** VALUE $ | | | | | |
| ACCOUNT NO. **6335** **Archer Bank** **F/K/A Allegiance Community Bank** **8001 West 183rd Street** **Tinley Park, IL  60477** | X | H | **Installment account opened 8/08 mortgage lien on Whipple lot** VALUE $ **20,000.00** | | | | 20,719.00 | 719.00 |
| ACCOUNT NO. **6022** **Bank Of America, N.A.** **450 American Street** **Simi Valley, CA  93065** | | H | **Mortgage account opened 1/07 lien on Cullerton Condo** VALUE $ **40,000.00** | | | | 154,291.00 | 114,291.00 |

**__1__** continuation sheets attached

| | | |
|---|---|---|
| Subtotal (Total of this page) | $ 1,896,692.00 | $ 936,692.00 |
| Total (Use only on last page) | $ | $ |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6D (Official Form 6D) (12/07) - Cont.

IN RE Pappas, Nick P. _____    Case No. _____
                        Debtor(s)                                              (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Home Loan Team<br>BACMIS15D<br>9700 Bissonneet St., Ste. 1500<br>Houston, TX  77036** | | | **Assignee or other notification for:<br>Bank Of America, N.A.**<br><br>VALUE $ | | | | | |
| ACCOUNT NO. **0306**<br>**Chase Auto<br>2000 Marcus Avenue<br>New Hyde Park, NY  11042** | | H | **Installment account opened 3/08 lien on 2008 Ford Explorer**<br><br>VALUE $ **9,000.00** | | | | **5,806.00** | |
| ACCOUNT NO. | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO. | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO. | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO. | | | <br><br>VALUE $ | | | | | |

Sheet no. ____**1**____ of ____**1**____ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | |
|---|---|
| Subtotal<br>(Total of this page) | $ **5,806.00**  $ |
| Total<br>(Use only on last page) | $ **1,902,498.00**  $ **936,692.00** |

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/10)

IN RE **Pappas, Nick P.**
_____          Case No. _____
Debtor(s)                                                                (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
   Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
   Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **1** continuation sheets attached

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/10) - Cont.

IN RE **Pappas, Nick P.**
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1486** <br> **Illinois Department Of Revenue** <br> **P.O. Box 64338** <br> **Chicago, IL  60664-0338** | | | | | | | $ <br> **unknown** | $ | |
| ACCOUNT NO. **3097** <br> **Illinois Department Of Revenue** <br> **33 S. State, 9th Floor** <br> **Chicago, IL  60603-2802** | | | **2/2010 CA-0301** | | | | **675.56** | **675.56** | |
| ACCOUNT NO. <br> **Internal Revenue Service** <br> **Cincinnati, OH  45999-0039** | | | **Federal Tax Lien** | | | | **3,506.00** | **3,506.00** | |
| ACCOUNT NO. <br> **Internal Revenue Service** <br> **Cincinnati, OH  45999-0039** | | | | | | | **unknown** | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

| | | |
|---|---|---|
| Sheet no. __**1**__ of __**1**__ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | Subtotal <br> (Totals of this page) | $ **4,181.56** $ **4,181.56** $ |
| Total <br> (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | | $ **4,181.56** |
| Total <br> (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ **4,181.56** $ |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07)

IN RE **Pappas, Nick P.**
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0411** <br> **212 East Condominium Association** <br> **C/O Lieberman Management Services, Inc.** <br> **230 W. Monroe, Ste. 1550** <br> **Chicago, IL  60606** | | J | | | | | 2,900.00 |
| ACCOUNT NO. <br> **Mark R. Rosenbaum** <br> **Fischel & Kahn, Ltd.** <br> **155 N. Wacker Dr., Ste. 1950** <br> **Chicago, IL  60606** | | | Assignee or other notification for: <br> **212 East Condominium Association** | | | | |
| ACCOUNT NO. **RKET** <br> **A & A Store Equipment, Inc.** <br> **4259 S. Western Boulevard** <br> **Chicago, IL  60609** | | | | X | | | 104.64 |
| ACCOUNT NO. <br> **A.B. Company, Inc.** <br> **6525 North Proesel Avenue** <br> **Lincolnwood, IL  60712** | | | | X | | | 7,150.58 |

_____**27**_____ continuation sheets attached

Subtotal
(Total of this page)  $   **10,155.22**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Pappas, Nick P.** _____    Case No. _____
          Debtor(s)                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **2571**<br>**AAA Price Tag & Specialty Co.**<br>**3388 North Avondale Avenue**<br>**Chicago, IL  60618** | | | | X | | | 2,051.62 |
| ACCOUNT NO.<br>**ABCO Distributing**<br>**P.O. Box 59226**<br>**Chicago, IL  60659** | | | | X | | | 23.70 |
| ACCOUNT NO.<br>**Agudath Israel Of Illinois**<br>**3555 West Peterson**<br>**Chicago, IL  60659** | | | | X | | | 330.00 |
| ACCOUNT NO.<br>**Alef Sausage, Inc.**<br>**1026 Campus Drive**<br>**Mundelein, IL  60060** | | | | X | | | 454.35 |
| ACCOUNT NO. **4537**<br>**Allied West**<br>**2608 South Damen**<br>**Chicago, IL  60608** | | | | X | | | 493.73 |
| ACCOUNT NO. **0611**<br>**American Nut & Candy, Inc.**<br>**7125 W. Devon**<br>**Niles, IL  60714** | | | | X | | | 1,080.00 |
| ACCOUNT NO. **4483**<br>**Amex**<br>**PO Box 297871**<br>**Fort Lauderdale, FL  33329** | | H | Open account opened 4/11 | | | | 502.00 |

Sheet no. **1** of **27** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                              Subtotal
              (Total of this page)   $ **4,935.40**

                                  Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Pappas, Nick P.** _____    Case No. _____
                    Debtor(s)                                                    (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4063**<br>**Amex**<br>**PO Box 297871**<br>**Fort Lauderdale, FL  33329** | | W | **Open account opened 4/11** | | | | **502.00** |
| ACCOUNT NO.<br>**AmTrust North America**<br>**Technology Insurance Company**<br>**5800 Lombardo Center**<br>**Cleveland, OH  44131-2550** | | | **Workers' Comp carrier** | | | | **unknown** |
| ACCOUNT NO.<br>**Nationwide**<br>**Nick G. Roumeliotis, Ltd.**<br>**1141 S. Arlington Hts. Rd., Unit H**<br>**Arlington Heights, IL  60005-3165** | | | **Assignee or other notification for:**<br>**AmTrust North America** | | | | |
| ACCOUNT NO. **7846**<br>**Anthony Marano Company**<br>**3000 South Ashland Avenue, Ste. 100**<br>**Chicago, IL  60608** | | | **Case No. 11-C-1766** | X | | X | **138,900.00** |
| ACCOUNT NO.<br>**Michael T. Stanley**<br>**ORDOWER & ORDOWER, P.C.**<br>**One North LaSalle St., Ste. 1300**<br>**Chicago, IL  60602** | | | **Assignee or other notification for:**<br>**Anthony Marano Company** | | | | |
| ACCOUNT NO.<br>**Argo, Inc.**<br>**Georgian Bakery**<br>**2812 West Devon**<br>**Chicago, IL  60659** | | | | X | | | **117.00** |
| ACCOUNT NO. **TED**<br>**Ashland Sausage Co.**<br>**280 Westgate Drive**<br>**Carol Stream, IL  60188** | | | | X | | | **2,580.22** |

Sheet no. **2** of **27** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $  **142,099.22**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Pappas, Nick P.** _____ Case No. _____
Debtor(s) (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **3360** <br> **AT&T** <br> **P.O. Box 5080** <br> **Carol Stream, IL 60197** | | | | X | | | 1,011.30 |
| ACCOUNT NO. <br> **Athanasios Gouliamos** <br> **212 E. Cullertn St., Unit 502** <br> **Chicago, IL 60616** | | | | | | X | 40,000.00 |
| ACCOUNT NO. <br> **Auster Acquistions, LLC** <br> **2404 South Wolcott Avenue** <br> **Chicago, IL 60608** | | | | X | | | 22,772.00 |
| ACCOUNT NO. **0681** <br> **Automatic Icemakers LLC** <br> **P.O. Box 5436** <br> **Chicago, IL 60680** | | | | X | | | 275.40 |
| ACCOUNT NO. <br> **Baltic Bread** <br> **200 Gibson Avenue** <br> **Hamilton, ON L8L 6K1** | | | | X | | | 0.00 |
| ACCOUNT NO. <br> **Baltic Food Distributing, Inc.** <br> **1349 Enterprise Drive** <br> **Romeoville, IL 60446** | | | | X | | | 168.00 |
| ACCOUNT NO. <br> **Banner Wholesale Grocers** <br> **3000 S. Ashland Ave., #30** <br> **Chicago, IL 60608** | | | | X | X | | 0.00 |

Sheet no. **3** of **27** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **64,226.70**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Pappas, Nick P.** _____   Case No. _____
    Debtor(s)                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br>**Banner Wholesale**<br>**115 South Water Market**<br>**Chicago, IL 60608** | | | Assignee or other notification for:<br>**Banner Wholesale Grocers** | | | | |
| ACCOUNT NO. **9442**<br>**Battaglia Distributing Co., Inc.**<br>**2500 S. Ashland Avenue**<br>**Chicago, IL 60608** | | | | X | | | **516.40** |
| ACCOUNT NO. **1402**<br>**Bimbo Foods, Inc.**<br>**65 S. Fairbank Street**<br>**Addison, IL 60101** | | | | X | | | **41.14** |
| ACCOUNT NO. **5603**<br>**Blue Cross And Blue Shield Of Illinois**<br>**Dept. 0038**<br>**Palatine, IL 60055-0038** | | H | | | | | **440.00** |
| ACCOUNT NO. <br>**Boss Trading Corp.**<br>**843 North Central Avenue**<br>**Wood Dale, IL 60191** | | | | X | | | **1,400.00** |
| ACCOUNT NO. <br>**Bread And Cake Distribution, Inc.**<br>**195 N. Harbor Drive, Unit 3209**<br>**Chicago, IL 60601** | | | | X | | | **38.00** |
| ACCOUNT NO. **8201**<br>**Brickyard Bank**<br>**6676 N. Lincoln Avenue**<br>**Lincolnwood, IL 60712** | | | | | | | **unknown** |

Sheet no. **4** of **27** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **2,435.54**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Pappas, Nick P.**_____          Case No. _____
                Debtor(s)                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **2667** **Caramela Bakery** **3945 West Armitage Avenue** **Chicago, IL  60647** | | | | X | | | **172.70** |
| ACCOUNT NO. **Cassidy Tire & Service** **4907 Main Street** **Skokie, IL  60077** | | | | X | | | **100.00** |
| ACCOUNT NO. **TEDS** **Cedar's Mediterranean Distribution, Inc.** **P.O. Box 5951** **Springfield, MA  01101-5951** | | | | X | | | **2,026.60** |
| ACCOUNT NO. **6927** **Chase** **PO Box 15298** **Wilmington, DE  19850** | | H | Revolving account opened 1/98 | | | | **1.00** |
| ACCOUNT NO. **R129** **Chicago Packaging Supply, Inc.** **5750 West Bloomingdale** **Chicago, IL  60639** | | | | X | | | **1,428.00** |
| ACCOUNT NO. **1256** **City Of Chicago** **C/O  Heller Shapiro Frisone** **33 N. LaSalle Street, Ste. 1200** **Chicago, IL  60602** | | | City of Chicago v. Ted's Fruit Market Case No. 12 M1 651256 | | | | **7,080.00** |
| ACCOUNT NO. **2000** **City Of Chicago - Dep. Of Buildings** **120 N. Racine, 1st Floor** **Chicago, IL  60607** | | | | | | | **0.00** |

Sheet no. ____**5**__ of __**27**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ | **10,808.30**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Pappas, Nick P.**                                                                                    Case No. _____
            Debtor(s)                                                                                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **2830** <br> **City Of Chicago - Department Of Finance** <br> **C/O Arnold Scott Harris, P.C.** <br> **222 Merchandise Mart Plaza, Ste. 1932** <br> **Chicago, IL  60654** | | | **Red Light Violation #07003384089** | | | | **244.00** |
| ACCOUNT NO. **4200** <br> **City Wide Produce Dist.** <br> **2404 S. Wolcott Avenue** <br> **Chicago, IL  60608** | | | | X | | | **12,446.75** |
| ACCOUNT NO. **evon** <br> **City Wide Produce Dist.** <br> **2404 S. Wolcott Avenue** <br> **Chicago, IL  60608** | | | | X | | | **3,496.25** |
| ACCOUNT NO. **9902** <br> **Coca-Cola Refreshments** <br> **Cicero Sales Center** <br> **2335 Paysphere Circle** <br> **Chicago, IL  60674** | | | | X | | | **603.80** |
| ACCOUNT NO. **8019** <br> **ComEd** <br> **10 South Dearborn, 48th Floor** <br> **Chicago, IL  60603** | | | | X | | | **679.75** |
| ACCOUNT NO. **Nick** <br> **Coosemans Chicago, Inc.** <br> **2404 S. Wolcott, Unit 13** <br> **Chicago, IL  60608** | | | | X | | | **948.00** |
| ACCOUNT NO. **6632** <br> **Corfu Foods, Inc.** <br> **755 Thomas Drive** <br> **Bensenville, IL  60106** | | | | X | | | **1,826.00** |

Sheet no.  **6**  of  **27**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     $ **20,244.55**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)     $ _____

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Pappas, Nick P.**                                    Case No. _____
_____
Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **9193**<br>**Country Gas**<br>**4010 Highway 14**<br>**Crystal Lake, IL  60014** | | | | X | | | **200.66** |
| ACCOUNT NO.<br>**CPP**<br>**3220 Keller Springs Road, #128**<br>**Carrollton, TX  75006** | | | **Merchant Pro xsc4550 Pin Pad 1300** | X | | | **0.00** |
| ACCOUNT NO.<br>**Lease Finance Group, LLC**<br>**233 N. Michigan Ave., Suite 1800**<br>**Chicago, IL  60601** | | | **Assignee or other notification for:**<br>**CPP** | | | | |
| ACCOUNT NO.<br>**Crandall, Dubow & Harner, Inc.**<br>**3175 Commercial Avenue, Ste. 200**<br>**Northbrook, IL  60062** | | | **Commercial Package, Policy No. GSP547158**<br>**Commercial Automobile, Policy No. CAP547159**<br>**Umbrella Liability, Policy N. UXL547160j** | X | | | **0.00** |
| ACCOUNT NO. **ED03**<br>**Cumex Distributors, Inc.**<br>**4545 West Homer**<br>**Chicago, IL  60639** | | | | X | | | **632.50** |
| ACCOUNT NO.<br>**D.M. Emporium**<br>**3014 Willow Street**<br>**Franklin Park, IL  60131** | | | | X | | | **0.00** |
| ACCOUNT NO. **8574**<br>**Dairy Fresh Foods, Inc.**<br>**21405 Trolley Industrial Drive**<br>**Taylor, MI  48180-1811** | | | | X | | | **1,011.10** |

Sheet no. ____**7**__ of __**27**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **1,844.26**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Pappas, Nick P.**                                                                 Case No. _____
_____                                      _____
                  Debtor(s)                                                                    (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
#### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **6945** <br><br> **Dearborn Wholesale Grocers, L.P.** <br> **2801 South Western** <br> **Chicago, IL 60608** | | | | X | | | **8,009.73** |
| ACCOUNT NO. <br><br> **Delta Marketing** <br> **2476 East Oakton** <br> **Arlington Heights, IL 60005** | | | | X | | | **0.00** |
| ACCOUNT NO. **5575** <br><br> **Dietz & Kolodenko** <br> **2404 S. Wolcott, #24-25** <br> **Chicago, IL 60608** | | | | X | | | **4,500.00** |
| ACCOUNT NO. **2084** <br><br> **Dr. Pepper Snapple Group** <br> **401 N. Railroad Avenue** <br> **Northlake, IL 60164** | | | | X | | | **275.85** |
| ACCOUNT NO. **1977** <br><br> **DTI Huntley** <br> **P.O. Box 800** <br> **Huntley, IL 60142** | | | | X | | | **665.05** |
| ACCOUNT NO. **DFRU** <br><br> **Dutch Farms, Inc.** <br> **700 E. 107th Street** <br> **Chicago, IL 60628** | | | | X | | | **330.00** |
| ACCOUNT NO. **TEDS** <br><br> **Eagle Distributors, Inc.** <br> **5632 N. Northwest Highway** <br> **Chicago, IL 60646** | | | | X | | | **824.60** |

Sheet no. ____**8**__ of ___**27**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $ **14,605.23**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Pappas, Nick P.** _____    Case No. _____
    Debtor(s)                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Eure-Delights** <br> **910 W. Randolph** <br> **Chicago, IL 60607** | | | | X | | | **0.00** |
| ACCOUNT NO. **7623** <br> **Europa Bakery** <br> **4345 West 47th Street** <br> **Chicago, IL 60632** | | | | X | | | **121.00** |
| ACCOUNT NO. **1993** <br> **Evergreen International, Inc.** <br> **2404 S. Wolcott, Units 8 & 9** <br> **Chicago, IL 60608** | | | | X | | | **37.00** |
| ACCOUNT NO. **0210** <br> **Fantis Imports, Inc.** <br> **3612 N. Acorn Lane** <br> **Franklin Park, IL 60131** | | | | X | | | **1,022.80** |
| ACCOUNT NO. **3602** <br> **First Advantage** <br> **100 Throckmorton St., Ste. 1800** <br> **Ft. Worth, TX 76102** | | | | X | | | **14.95** |
| ACCOUNT NO. **0506** <br> **Flowmaster** <br> **13527 S. Brainard** <br> **Chicago, IL 60633** | | | | X | | | **2,800.00** |
| ACCOUNT NO. **6802** <br> **Food Depot International** <br> **1178 Flex Court** <br> **Lake Zurich, IL 60047** | | | | X | | | **431.00** |

Sheet no. **9** of **27** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $ **4,426.75**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)  $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Pappas, Nick P.** _____    Case No. _____

Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **8636**<br>Frito-Lay<br>P.O. Box 6431103<br>Pittsburgh, PA  15264-3103 | | | | X | | | 241.62 |
| ACCOUNT NO. **0616**<br>Fullerton Cash Registers<br>5791 North Elston Avenue<br>Chicago, IL  60646 | | | | X | | | 4,000.00 |
| ACCOUNT NO. **2099**<br>Futuro Foods<br>3115 Madison St., Unit F<br>Bellwood, IL  60104 | | | | X | | | 347.00 |
| ACCOUNT NO. **1014**<br>G & B Plumbing & Heating<br>P.O. Box 597331<br>Chicago, IL  60659 | | | | X | | | 300.00 |
| ACCOUNT NO.<br>George's Sign Service, Inc.<br>P.O. Box 184<br>Palos Park, IL  60464 | | | | X | | | 142.00 |
| ACCOUNT NO. **151**<br>Globe Resource, Inc.<br>5231 W. Cullom Avenue<br>Chicago, IL  60641 | | | | X | | | 329.80 |
| ACCOUNT NO. **6739**<br>Gold Star<br>570 Smith Street<br>Brooklyn, NY  11231 | | | | X | | | 308.00 |

Sheet no. __**10**__ of __**27**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **5,668.42**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Pappas, Nick P.** _____    Case No. _____
　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **6260** <br><br> **Goya** <br> **1401 Remington Blvd.** <br> **Bolingbrook, IL 60490** | | | | X | | | **708.54** |
| ACCOUNT NO. **6603** <br><br> **Grand Prix** <br> **6153 W. Mulford St., Ste. B** <br> **Niles, IL 60714** | | | | X | | | **1,239.53** |
| ACCOUNT NO. **0265** <br><br> **Grante Food International LLC** <br> **8770 W. Bryn Mawr Ave., Ste. 1300** <br> **Chicago, IL 60631** | | | | X | | | **823.00** |
| ACCOUNT NO. <br><br> **Hanmi, Inc.** <br> **5447 N. Wolcott** <br> **Chicago, IL 60640** | | | | X | | | **0.00** |
| ACCOUNT NO. **DFRU** <br><br> **Heartland Produce Co.** <br> **4550 70th Avenue** <br> **Kenosha, WI 53144** | | | | X | | | **3,395.00** |
| ACCOUNT NO. <br><br> **Hebros Foods** <br> **2662 American Lane** <br> **Elk Grove Village, IL 60007** | | | | X | | | **0.00** |
| ACCOUNT NO. **2192** <br><br> **Hudson Energy** <br> **24919 Network Place** <br> **Chicago, IL 60673-1249** | | | | X | | | **24,867.65** |

Sheet no. __**11**__ of __**27**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | $ | **31,033.72**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) | $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Pappas, Nick P.**  Case No. _____
_____
Debtor(s)  (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **8079** <br> **Hyson USA, Inc.** <br> **612 Supreme Drive** <br> **Bensenville, IL 60106** | | | | | | | 3,561.99 |
| ACCOUNT NO. **4017** <br> **Ideal Pastry** <br> **4763-65 N. Milwaukee** <br> **Chicago, IL 60630** | | | | X | | | 46.50 |
| ACCOUNT NO. **6739** <br> **International Golden Foods, Inc.** <br> **819 Industrial Drive** <br> **Bensenville, IL 60106** | | | | | | | 1,239.00 |
| ACCOUNT NO. **5811** <br> **J.L. Gonzalez Produce, Inc.** <br> **2404 S. Wolcott Ave., Units 5-7** <br> **Chicago, IL 60608** | | | | X | | | 40.00 |
| ACCOUNT NO. **9037** <br> **JAB Produce** <br> **2404 S. Wolcott** <br> **Chicago, IL 60608** | | | | X | | | 285.50 |
| ACCOUNT NO. **2805** <br> **Jack Tuchten Wholesale Produce, Inc.** <br> **2404 S. Wolcott, Unit 31** <br> **Chicago, IL 60608** | | | | X | | | 3,638.50 |
| ACCOUNT NO. **1265** <br> **Jerry Wolkenheim** <br> **7414 N. Crawford Avenue** <br> **Skokie, IL 60076** | | | | X | | | 163.64 |

Sheet no. **12** of **27** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 8,975.13

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Pappas, Nick P.** _____    Case No. _____
                      Debtor(s)                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **2682** <br><br> **Jewish Star** <br> **P.O. Box 268** <br> **Skokie, IL  60076** | | | | X | | | 145.00 |
| ACCOUNT NO. **5495** <br><br> **Johnstone Supply** <br> **2525 N. Elston Avenue** <br> **Chicago, IL  60647** | | | | X | | | 3,935.75 |
| ACCOUNT NO. **8062** <br><br> **Joseph Mullarkey Dist.** <br> **2200 Ridge Drive** <br> **Glenview, IL  60025** | | | | X | | | 107.40 |
| ACCOUNT NO. **4924** <br><br> **K.M.K. Distributors** <br> **4731 W. Burleigh** <br> **Milwaukee, WI 53210** | | | | X | | | 316.30 |
| ACCOUNT NO. **2270** <br><br> **Kehe Distributors** <br> **24972 Network Place** <br> **Chicago, IL  60673-1249** | | | | X | | | 584.68 |
| ACCOUNT NO. <br><br> **KhD Distribution, LLC** <br> **P.O. Box 91836** <br> **Elk Grove, IL  60009** | | | | X | | | 44.00 |
| ACCOUNT NO. <br><br> **Kosher Meat Klub** <br> **4731 W. Burleigh** <br> **Milwaukee, WI  53210** | | | | X | | | 60.00 |

Sheet no. __**13**__ of __**27**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $ **5,193.13**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Pappas, Nick P.

_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **9000** <br> **Krinos Foods, LLC** <br> **47-00 Northern Boulevard** <br> **Long Island, NY  11101** | | | | X | | | 1,512.53 |
| ACCOUNT NO. <br> **Krinos Foods** <br> **160 N. Morgan** <br> **Chicago, IL  60607** | | | Assignee or other notification for: <br> Krinos Foods, LLC | | | | |
| ACCOUNT NO. <br> **Kuhns Imports** <br> **905 Lakeside Drive, Ste. 8** <br> **Gurnee, IL  60031** | | | | X | | | 100.00 |
| ACCOUNT NO. **evon** <br> **La Galera Produce** <br> **2404 S. Wolcott Avenue, Units 29-30** <br> **Chicago, IL  60608** | | | | X | | | 548.00 |
| ACCOUNT NO. **0778** <br> **La Tropican Food, Inc.** <br> **4455 West 45th Street** <br> **Chicago, IL  60632** | | | | X | | | 683.00 |
| ACCOUNT NO. <br> **Larcker Recycling Services, Inc.** <br> **4400 W. 45th Street** <br> **Chicago, IL  60632** | | | | X | | | 170.00 |
| ACCOUNT NO. **1338** <br> **Law Offices Of Larry J. Meyer** <br> **205 W. Randolph Street, Ste. 820** <br> **Chicago, IL  60606** | | | RE:  Milwaukee Synagogue for Russian Jews | X | | | 780.00 |

Sheet no. **14** of **27** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 3,793.53

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Pappas, Nick P.**                                                    Case No. _____
            Debtor(s)                                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **2981** | | H | | X | | | |
| **Lease Finance Group, LLC** 65 E. Wacker Place, Ste. 510 Chicago, IL 60601 | | | | | | | 126.20 |
| ACCOUNT NO. **TEDS** | | | | X | | | |
| **Lifeway Foods, Inc.** 6431 W. Oakton Street Morton Grove, IL 60053 | | | | | | | 229.50 |
| ACCOUNT NO. **0000** | | | | X | | | |
| **Lipari** 26661 Bunert Road Warren, MI 48089-1476 | | | | | | | 675.40 |
| ACCOUNT NO. **8852** | | | | X | | | |
| **Loutos Motor Service, Inc.** 1019 W. 16th Street Chicago, IL 60608 | | | | | | | 150.00 |
| ACCOUNT NO. **271S** | | | | X | | | |
| **Lowell International Company** 9234 West Belmont Avenue Franklin Park, IL 60131 | | | | | | | 371.04 |
| ACCOUNT NO. **0985** | | | | X | | | |
| **Maestranzi Brothers** 4715 N. Ronald Street Harwood Heights, IL 60706 | | | | | | | 15.00 |
| ACCOUNT NO. **CKSP** | | | | X | | | |
| **Mandolini Co.** 2404 S. Wolcott Ave., Unit 28 Chicago, IL 60608 | | | | | | | 7,977.00 |

Sheet no. __15__ of __27__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $ **9,544.14**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Pappas, Nick P.**                                                    Case No. _____
_____
Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Marcas Foods**<br>**240 N. Rock Road, #246**<br>**Wichita, KS  67206** | | | | X | | | 0.00 |
| ACCOUNT NO.<br>**Margarita Gouliamos**<br>**212 E. Cullerton St., Unit 502**<br>**Chicago, IL  60616** | | | | | | X | 198,000.00 |
| ACCOUNT NO. **2932**<br>**Martin's Famous Pastry Shoppe, Inc.**<br>**1000 Potato Roll Lane**<br>**Chambersburg, PA  17202-8897** | | | | X | | | 37.24 |
| ACCOUNT NO.<br>**Max's Imports**<br>**4160 E. 15 Mile Road**<br>**Sterling Heights, MI  48310** | | | | X | | | 80.00 |
| ACCOUNT NO. **5790**<br>**May's Honey Farms**<br>**18404 McGuire Road**<br>**Harvard, IL  60033** | | | | X | | | 332.00 |
| ACCOUNT NO. **2643**<br>**MGH Food Services**<br>**P.O. Box 2411**<br>**Northlake, IL  60164** | | | | X | | | 189.48 |
| ACCOUNT NO.<br>**Midland Distributors**<br>**13636 Western Avenue**<br>**Blue Island, IL  60406** | | | | X | | | 200.00 |

Sheet no. __**16**__ of __**27**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $  **198,838.72**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Pappas, Nick P.**                                                                     Case No. _____
_____
            Debtor(s)                                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Minos Foods**<br>**648 West Lake**<br>**Addison, IL  60101** | | | | X | | | 100.00 |
| ACCOUNT NO.<br>**MN Distribution**<br>**525 Lotus Lane**<br>**Glenview, IL  60025** | | | | X | | | 77.90 |
| ACCOUNT NO.<br>**Moonlight International, Inc.**<br>**1107 E. Algonquin Road, #4**<br>**Arlington Heights, IL  60005** | | | | X | | | 102.00 |
| ACCOUNT NO. **DSFR**<br>**Mori Milk & Ice Cream Co., Inc.**<br>**3600 N. River Road**<br>**Franklin Park, IL  60131** | | | | X | | | 774.67 |
| ACCOUNT NO.<br>**Mounsef International, Inc.**<br>**4738 North Kedzie Avenue**<br>**Chicago, IL  60625** | | | | X | | | 12.00 |
| ACCOUNT NO.<br>**MSRJ/Voice Of Israel/Moshiach Now**<br>**3213 N. Oakland Avenue**<br>**Milwaukee, WI  53211** | | | | X | | | 780.00 |
| ACCOUNT NO. **EDFR**<br>**Mussman's Back Acres, Inc.**<br>**9998 North 16000 East Road**<br>**Grant Park, IL  60940** | | | | X | | | 181.28 |

Sheet no. __17__ of __27__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **2,027.85**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Pappas, Nick P.**                                    Case No. _____
_____
Debtor(s)                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0815** <br><br> **Natars NY Food Corp.** <br> **17 53 Street** <br> **Brooklyn, NY  11232** | | | | X | | | **6,447.57** |
| ACCOUNT NO. **3281** <br><br> **National Lift Truck, Inc.** <br> **3333 Mount Prospect Road** <br> **Franklin Park, IL  60131** | | | | X | | | **39.92** |
| ACCOUNT NO. **2978** <br><br> **Nationalwide P & C Insurance Co.** <br> **One Nationwide Plaza** <br> **Columbus, OH  43215-2220** | | | | X | | | **0.00** |
| ACCOUNT NO. <br><br> **Nick G. Roumeliotis** <br> **1141 S. Arlington Heights Road** <br> **Arlington Heights, IL  60005-3165** | | | Assignee or other notification for: **Nationalwide P & C Insurance Co.** | | | | |
| ACCOUNT NO. **3401** <br><br> **NCCI, Inc.** <br> **901 Peninsula Corporate Circle** <br> **Boca Raton, FL  33487-1362** | | | **Workers' Compensation Insurance** | X | | | **0.00** |
| ACCOUNT NO. **7797** <br><br> **Nestle Waters North America** <br> **375 Paramount Drive** <br> **Raynham, MA  02767** | | | | X | | | **0.00** |
| ACCOUNT NO. **1333** <br><br> **New La Estrella Foods** <br> **3003 W. 63rd Street** <br> **Chicago, IL  60629** | | | | X | | | **736.00** |

Sheet no. **18** of **27** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $ **7,223.49**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Pappas, Nick P.**
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Nick G. Roumeliotis** <br> **1141 S. Arlington Heights Road** <br> **Arlington Heights, IL  60005-3165** | | | **Society Insurance Co.** | X | | | 1,800.00 |
| ACCOUNT NO. **0147** <br> **Nicor Gas** <br> **1844 Ferry Road** <br> **Naperville, IL  60563** | | H | **Open account opened 8/88** | | | | 154.00 |
| ACCOUNT NO. <br> **North Shore Kosher Bakery** <br> **2919 W. Touhy Avenue** <br> **Chicago, IL  60645** | | | | X | | | 57.96 |
| ACCOUNT NO. **1977** <br> **Northern Illinois Milk** <br> **3600 North River Road** <br> **Franklin Park, IL  60131** | | | | X | | | 9,642.10 |
| ACCOUNT NO. **1977** <br> **Northern Illinois Milk** <br> **3600 North River Road** <br> **Franklin Park, IL  60131** | | | | X | | | 1,286.00 |
| ACCOUNT NO. **2653** <br> **Northshore** <br> **9458 Eagle Way** <br> **Chicago, IL  60678-1094** | | H | **Patient ID: 00111649** <br> **Episiode # 585204** <br> **Services from 06/01/10 thru 02/15/12** | | | | 9,774.26 |
| ACCOUNT NO. <br> **Oakton Bakery** <br> **4512 Oakton** <br> **Skokie, IL  60076** | | | | X | | | 22.50 |

Sheet no. **19** of **27** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **22,736.82**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Pappas, Nick P.**                                                      Case No. _____
                        Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **3445**<br>**Office Of The City Clerk**<br>**Miguel Del Valle**<br>**121 N. LaSalle Street, Room 107**<br>**Chicago, IL 60602** | | | | X | | | 0.00 |
| ACCOUNT NO.<br>**Oil Plus**<br>**3400 W. Peterson Avenue**<br>**Chicago, IL 60659** | | | | X | | | 230.00 |
| ACCOUNT NO.<br>**Optima Foods**<br>**241 Holbrook Drive**<br>**Wheeling, IL 60090** | | | | X | | | 0.00 |
| ACCOUNT NO. **0452**<br>**P & M Distributors, Inc.**<br>**985 Marshall Drive**<br>**Des Plaines, IL 60016** | | | | X | | | 2,056.00 |
| ACCOUNT NO. **2859**<br>**Panama Distributors Of Fine Produce**<br>**2404 South Wolcott**<br>**Chicago, IL 60608** | | | | X | | | 0.00 |
| ACCOUNT NO. **2164**<br>**Peoples Gas**<br>**130 East Randolph Street**<br>**Chicago, IL 60601** | | | | X | | | 1,060.84 |
| ACCOUNT NO. **6675**<br>**Pepperidge Farm**<br>**595 Westpot Avenue**<br>**Norwalk, CT 06851** | | | | X | | | 145.42 |

Sheet no. **20** of **27** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **3,492.26**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Pappas, Nick P. _____    Case No. _____
              Debtor(s)                                         (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Pepperidge Farm<br>9900 S. Southwest Highway<br>Oak Lawn, IL 60453** | | | **Assignee or other notification for:<br>Pepperidge Farm** | | | | |
| ACCOUNT NO.<br>**Pepsi Americas<br>1400 West 35th Street<br>Chicago, IL 60609** | | | | X | | | **0.00** |
| ACCOUNT NO.<br>**Peter Housakos<br>9041 Oconto Avenue<br>Morton Grove, IL 60053** | | | **Promissory Note dated 1/1/2011<br>Housakos v. Pappas, Case No. 12 M3 0940** | | | | **46,534.74** |
| ACCOUNT NO.<br>**Murray J. Lewison<br>2201 Waukegan Road, Ste. 260<br>Bannockburn, IL 60015** | | | **Assignee or other notification for:<br>Peter Housakos** | | | | |
| ACCOUNT NO. **1805**<br>**Polish Folklore Import Company<br>2428 Rose Street<br>Franklin Park, IL 60131** | | | | X | | | **798.55** |
| ACCOUNT NO. **2578**<br>**Quill Corporation<br>P.O. Box 37600<br>Philadelphia, PA 19101-0600** | | | | X | | | **318.22** |
| ACCOUNT NO. **3454**<br>**R & F Imports, Inc.<br>26W415 St. Charles Rd., Ste. C<br>Carol Stream, IL 60188** | | | | X | | | **86.16** |

Sheet no. __21__ of __27__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **47,737.67**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Pappas, Nick P.** _____    Case No. _____
       Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Racconto**<br>**2060 Janice Avenue**<br>**Melrose Park, IL  60160** | | | | X | | | **0.00** |
| ACCOUNT NO. **721**<br>**Rain Trading, Inc.**<br>**3033 Malmo Drive**<br>**Arlington Heights, IL  60005** | | | | X | | | **642.68** |
| ACCOUNT NO. **7299**<br>**Regal Health Food International, Inc.**<br>**3705 West Grand Avenue**<br>**Chicago, IL  60651** | | | | X | | | **1,291.05** |
| ACCOUNT NO. **8212**<br>**Riverside Specialty Foods, Inc.**<br>**1 Depot Lane**<br>**Seabrook, NH  03874** | | | | X | | | **99.00** |
| ACCOUNT NO. **2640**<br>**Roscoe & Western Service Center**<br>**3355 N. Western Avenue**<br>**Chicago, IL  60618** | | | | X | | | **2,309.99** |
| ACCOUNT NO. **0010**<br>**Royalty Foods, LLC**<br>**1450 American Lane, Ste. 1439**<br>**Schaumburg, IL  60173** | | | | X | | | **643.00** |
| ACCOUNT NO.<br>**S.E.G. International**<br>**2026 Glenview Road**<br>**Northbrook, IL  60062** | | | | X | | | **0.00** |

Sheet no. **22** of **27** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **4,985.72**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Pappas, Nick P.**                                      Case No. _____
_____                              (If known)
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **7587** <br><br> **Safety Services Company** <br> **P.O. Box 6408** <br> **Yuma, AZ 85366-6408** | | | | X | | | 99.98 |
| ACCOUNT NO. <br><br> **Sibley Store Fixtures** <br> **2 West 147th Street** <br> **Harvey, IL 60426** | | | | X | | | 228.00 |
| ACCOUNT NO. **5326** <br><br> **Snyder's Of Hanover, Inc.** <br> **1250 York Street** <br> **Hanover, PA 17331** | | | | X | | | 241.16 |
| ACCOUNT NO. <br><br> **Society Insurance** <br> **150 Camelot Drive** <br> **Fond Du Lac, WI 54936** | | | | X | | | 4,797.00 |
| ACCOUNT NO. <br><br> **Spiros Picoulas** <br> **111 E. Chestnut Street, #47G** <br> **Chicago, IL 60611** | | J | Property Manager Lien | | X | X | 197,304.00 |
| ACCOUNT NO. <br><br> **Murray J. Lewison** <br> **2201 Waukegan Road, Ste. 260** <br> **Bannockburn, IL 60015** | | | Assignee or other notification for: <br> **Spiros Picoulas** | | | | |
| ACCOUNT NO. **1473** <br><br> **Strube Celery & Vegetable Company** <br> **2404 S. Wolcott Ave., Units 16-20** <br> **Chicago, IL 60608** | | | | X | | | 24,061.00 |

Sheet no. **23** of **27** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **226,731.14**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Pappas, Nick P.                                                    Case No. _____
_____
            Debtor(s)                                          (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Sunny Hill Honey**<br>**18404 McGuire Road**<br>**Harvard, IL  60033** | | | | X | | | 100.00 |
| ACCOUNT NO.<br>**T & G Mechanical Services, Inc.**<br>**18 W. 641 Roosevelt Rd.**<br>**Lombard, IL  60148** | | | | X | | | 100.00 |
| ACCOUNT NO.<br>**TeleCheck Services, Inc.**<br>**P.O. Box 60028**<br>**City Of Industry, CA  91716-0028** | | | | X | | | 15.00 |
| ACCOUNT NO.<br>**The Chicago Jewish News**<br>**5301 W. Dempster**<br>**Skokie, IL  60077** | | | | X | | | 956.25 |
| ACCOUNT NO.<br>**The Garage Car Care Auto Repair**<br>**6051 N. California**<br>**Chicago, IL  60659** | | | | X | | | 400.00 |
| ACCOUNT NO.<br>**Theodoros Mellos**<br>**C/O Arthur E. Stamas, P.C.**<br>**330 North Wabash Ave., Ste. 2305**<br>**Chicago, IL  60611** | | | **Landlord for 2840 Devon, Chicago, IL** | | | X | 40,000.00 |
| ACCOUNT NO.<br>**Therm Tech**<br>**4309 S. Halsted Street**<br>**Chicago, IL  60609** | | | | X | | | 100.00 |

Sheet no. __24__ of __27__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **41,671.25**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Pappas, Nick P. _____    Case No. _____
          Debtor(s)                                              (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**TM Tire Co., Inc.**<br>**4201 Midlothian Turnpike**<br>**Crestwood, IL  60445** | | | | X | | | 860.67 |
| ACCOUNT NO. **7073**<br>**TMG**<br>**100 Throckmorton Street, Ste. 1800**<br>**Fort Worth, TX  76102** | | | **Merchant Agreement** | X | | | 0.00 |
| ACCOUNT NO.<br>**Today's Tempations, Inc.**<br>**1900 N. Austin**<br>**Chicago, IL  60639** | | | | X | | | 50.00 |
| ACCOUNT NO. **8201**<br>**TransTech Merchant Group**<br>**100 Throckmorton Street, Ste. 1800**<br>**Ft. Worth, TX  76102** | | | | X | | | 100.00 |
| ACCOUNT NO.<br>**Trilini**<br>**41 Terrace Place**<br>**Brooklyn, NY  11218** | | | | X | | | 200.00 |
| ACCOUNT NO.<br>**Tuchten**<br>**59-61 South Water Market**<br>**Chicago, IL  60608** | | | | X | | | 200.00 |
| ACCOUNT NO. **6926**<br>**Turano Baking Company**<br>**6501 West Roosevelt Road**<br>**Berwyn, IL  60402** | | | | X | | | 100.00 |

Sheet no. **25** of **27** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $ 1,510.67

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)    $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Pappas, Nick P. _____    Case No. _____
                    Debtor(s)                                        (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **6739**<br>**United Packaging Products, Inc.**<br>**854 Fairway Drive**<br>**Bensenville, IL  60106** | | | | X | | | 937.82 |
| ACCOUNT NO. **231**<br>**Universal Food Distributors, Inc.**<br>**17 53rd Street**<br>**Brooklyn, NY  11232** | | | | X | | | 100.00 |
| ACCOUNT NO.<br>**V & G Commerce**<br>**881 North Central**<br>**Wood Dale, IL  60191** | | | | X | | | 150.00 |
| ACCOUNT NO.<br>**V.E. Berg & Sons Co.**<br>**4949-4951 Elston Avenue**<br>**Chicago, IL  60630** | | | | X | | | 770.00 |
| ACCOUNT NO.<br>**Val's Bakery**<br>**4002 Main Street**<br>**Skokie, IL  60076** | | | | X | | | 80.00 |
| ACCOUNT NO. **0001**<br>**Verizon Wireless**<br>**P.O. Box 25505**<br>**Lehigh Valley, PA  18002-5505** | | | | X | | | 377.70 |
| ACCOUNT NO. **8722**<br>**Vita Food Products**<br>**2222 West Lake Street**<br>**Chicago, IL  60612** | | | | X | | | 732.66 |

Sheet no. __**26**__ of __**27**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **3,148.18**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) – Cont.

IN RE Pappas, Nick P. _____    Case No. _____
　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Volume Plastics, Inc.**<br>**P.O. Box 597306**<br>**Chicago, IL  60659-7306** | | | | X | | | 450.00 |
| ACCOUNT NO.<br>**Weston Bakeries**<br>**2055 W. Army Trail Road, #140**<br>**Addison, IL  60101** | | | | X | | | 80.00 |
| ACCOUNT NO. **1173**<br>**YPV Distribution**<br>**160 Scott Street**<br>**Elk Grove Village, IL  60007** | | | | X | | | 181.84 |
| ACCOUNT NO. **1422**<br>**Ziyad Brothers Importing**<br>**5400 West 35th Street**<br>**Cicero, IL  60804** | | | | X | | | 150.00 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. __**27**__ of __**27**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **861.84**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ **900,954.85**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07)

IN RE __Pappas, Nick P._____          Case No. _____
                    Debtor(s)                                              (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Theodoros Mellos**<br>**C/O Arthur E. Stamas, P.C.**<br>**330 North Wabash Ave., Ste. 2305**<br>**Chicago, IL  60611** | **Lease for 2840 Devon, Chicago, IL** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07)

IN RE **Pappas, Nick P.**
_____     Case No. _____
Debtor(s)                                                                    (If known)

## SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Margarita Gouliamos**<br>**212 E. Cullerton St., Unit 502**<br>**Chicago, IL  60616** | **Archer Bank**<br>**F/K/A Allegiance Community Bank**<br>**8001 West 183rd Street**<br>**Tinley Park, IL  60477**<br><br>**Archer Bank**<br>**F/K/A Allegiance Community Bank**<br>**8001 West 183rd Street**<br>**Tinley Park, IL  60477** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6I (Official Form 6I) (12/07)

IN RE **Pappas, Nick P.**                                                      Case No. _____
                          Debtor(s)                                                          (If known)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on From 22A, 22B, or 22C.

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**Wife** | AGE(S): |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation<br>Name of Employer  **Retired**<br>How long employed<br>Address of Employer | | **Retired** |

**INCOME:** (Estimate of average or projected monthly income at time case filed)

|  | DEBTOR | SPOUSE |
|---|---|---|
| 1. Current monthly gross wages, salary, and commissions (prorate if not paid monthly) | $ _____ | $ _____ |
| 2. Estimated monthly overtime | $ _____ | $ _____ |
| **3. SUBTOTAL** | $ **0.00** | $ **0.00** |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and Social Security | $ _____ | $ _____ |
| b. Insurance | $ _____ | $ _____ |
| c. Union dues | $ _____ | $ _____ |
| d. Other (specify) _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| **5. SUBTOTAL OF PAYROLL DEDUCTIONS** | $ **0.00** | $ **0.00** |
| **6. TOTAL NET MONTHLY TAKE HOME PAY** | $ **0.00** | $ **0.00** |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ _____ | $ _____ |
| 8. Income from real property | $ _____ | $ _____ |
| 9. Interest and dividends | $ _____ | $ _____ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ _____ | $ _____ |
| 11. Social Security or other government assistance<br>(Specify) **Social Security** | $ **1,740.00** | $ **775.00** |
| _____ | $ _____ | $ _____ |
| 12. Pension or retirement income | $ _____ | $ _____ |
| 13. Other monthly income<br>(Specify) _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| **14. SUBTOTAL OF LINES 7 THROUGH 13** | $ **1,740.00** | $ **775.00** |
| **15. AVERAGE MONTHLY INCOME** (Add amounts shown on lines 6 and 14) | $ **1,740.00** | $ **775.00** |

**16. COMBINED AVERAGE MONTHLY INCOME**: (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15)                              $ **2,515.00**

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**None**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6J (Official Form 6J) (12/07)

IN RE **Pappas, Nick P.**
_____     Case No. _____
Debtor(s)                                                                (If known)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,201.00 |
|   a. Are real estate taxes included?    Yes _____  No ✓ | | |
|   b. Is property insurance included?    Yes _____  No ✓ | | |
| 2. Utilities: | | |
|   a. Electricity and heating fuel | $ | 340.00 |
|   b. Water and sewer | $ | 30.00 |
|   c. Telephone | $ | 120.00 |
|   d. Other  **Garbage Service** | $ | 40.00 |
| | $ | |
| 3. Home maintenance (repairs and upkeep) | $ | 265.00 |
| 4. Food | $ | 940.00 |
| 5. Clothing | $ | 350.00 |
| 6. Laundry and dry cleaning | $ | 165.00 |
| 7. Medical and dental expenses | $ | 590.00 |
| 8. Transportation (not including car payments) | $ | 880.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 40.00 |
| 10. Charitable contributions | $ | 120.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|   a. Homeowner's or renter's | $ | 95.00 |
|   b. Life | $ | |
|   c. Health | $ | 420.00 |
|   d. Auto | $ | 160.00 |
|   e. Other | $ | |
| | $ | |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|   (Specify) **Real Estate Taxes** | $ | 1,200.00 |
| | $ | |
| 13. Installment payments: (in chapter 11, 12 and 13 cases, do not list payments to be included in the plan) | | |
|   a. Auto | $ | 656.00 |
|   b. Other | $ | |
| | $ | |
| 14. Alimony, maintenance, and support paid to others | $ | |
| 15. Payments for support of additional dependents not living at your home | $ | |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | |
| 17. Other | $ | |
| | $ | |
| | $ | |

**18. AVERAGE MONTHLY EXPENSES** (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.      $ **7,612.00**

19. Describe any increase or decrease in expenditures anticipated to occur within the year following the filing of this document:
**None**

**20. STATEMENT OF MONTHLY NET INCOME**

| | | |
|---|---|---:|
|   a. Average monthly income from Line 15 of Schedule I | $ | 2,515.00 |
|   b. Average monthly expenses from Line 18 above | $ | 7,612.00 |
|   c. Monthly net income (a. minus b.) | $ | -5,097.00 |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE **Pappas, Nick P.**
_____    Case No. _____
Debtor(s)    (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ **43** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **July 6, 2012**_____    Signature: **/s/ Nick P. Pappas**_____
        **Nick P. Pappas**    Debtor

Date: _____    Signature: _____
        (Joint Debtor, if any)
        [If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____    _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer    Social Security No. (Required by 11 U.S.C. § 110.)
*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
_____
Address

_____    _____
Signature of Bankruptcy Petition Preparer    Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____    Signature: _____

        _____
        (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B7 (Official Form 7) (04/10)

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                                          Case No. _____

Pappas, Nick P. _____          Chapter **7** _____
                        Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

   This statement is to be completed by every debtor.  Spouses filing a joint petition may file a single statement on which the information for both spouses is combined.  If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

   Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## *DEFINITIONS*

   *"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

   *"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐    State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

   AMOUNT   SOURCE
   **50,350.00   2010 Salary**
   **49,700.00   2011 Salary**

---

**2. Income other than from employment or operation of business**

None
☐    State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

   AMOUNT   SOURCE
   **1,100.00   2012 ytd rent collected on 212 E. Cullerton Condo**

---

**3. Payments to creditors**
*Complete a. or b., as appropriate, and c.*

None
☑    a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

☒ None  *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850.* If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

☒ None  *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**4. Suits and administrative proceedings, executions, garnishments and attachments**

☐ None  a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Peter Housakos v. Nicholas Pappas 12 M3 0940** | **Contract** | **Circuit Court of Cook County Third Municipal District** | **Default Judgment entered 5/23/2012** |
| **Anthony Marano Company v. Ted's Fruit Market, Inc., et al. Case No. 11-C-1766** | **Collection** | **United States District Court for the Northern District of Illinois, Eastern Division** | **Pending** |
| **212 East Condominium Association v. Nick Pappas 12-1710591** | **Collection** | **Circuit Court of Cook County** | **Pending** |
| **Strube Vegetable v. Nick Pappas 12-CV-1052** | **Contract** | **Northern District of Illinois Eastern Division** | **Pending** |
| **Spiros Picoulas v. Nick Pappas, et al. 12 CH 13082** | **Contract** | **Circuit Court of Cook County** | **Pending** |
| **Archer Bank v. Nick Pappas, et al. 12 CH 18215** | **Foreclosure** | **Circuit Court of Cook County** | **Pending** |

☒ None  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**5. Repossessions, foreclosures and returns**

☒ None  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**6. Assignments and receiverships**

☒ None  a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

☒ None  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**7. Gifts**

☐ None  List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| **Church** | | **monthly** | **$120** |

---

**8. Losses**

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Gierum & Mantas**<br>**9700 West Higgins Road, Suite 1015**<br>**Rosemont, IL  60018** | **6/1/2012** | **3,674.00** |
| **Greenpath** | **6/12** | **50.00** |
| **Gierum & Mantas**<br>**9700 W. Higgins Road**<br>**Rosemont, IL  60018** | **6/27/2012** | **900.00** |

---

**10. Other transfers**

None ☐ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Pauline Pappas**<br>**4920 Boulder Lane**<br>**Barrington, IL  60010**<br>**Wife** | **early 2012** | **Wisconsin property transferred to wife** |
| **Pauline Pappas**<br>**4920 Boulder Lane**<br>**Barrington, IL  60010**<br>**wife** | **early 2012** | **Las Vegas residence transferred to wife** |

None ☐ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) DATE | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PRO OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|
| **Nick P. Pappas Revocable Trust Dated November 16, 2012** | **2/2011** | **Barrington residence transferred to living trust for estate planning purposes** |
| **Nick P. Pappas Revocable Trust Dated November 16, 2010** | **2/2011** | **212 E. Cullerton, Unit 411, Chicago transferred to living trust for estate planning purposes** |

---

**11. Closed financial accounts**

None ☐ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Archer Bank** | **Acct. No. 11806335** | **$0.00 closed 2/15/12** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**12. Safe deposit boxes**

None ☑    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None ☑    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None ☑    List all property owned by another person that the debtor holds or controls.

**15. Prior address of debtor**

None ☑    If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

**16. Spouses and Former Spouses**

None ☑    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑    a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None ☑    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

**18. Nature, location and name of business**

None ☐    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| **Ted's Fruit Market, Inc.** | **36-3833385** | **2840 W. Devon Ave. Chicago, IL  60659** | **fruit market/grocery** | **7/92 to 2/12** |

None ☑ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None ☐ a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS

**Swartz Financial Management
650 E. Algonquin Road  Ste. 404
Schaumburg, IL  60173**

DATES SERVICES RENDERED

**2010-2012**

None ☑ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None ☐ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME AND ADDRESS

**Swartz Financial Management**

None ☑ d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of the case by the debtor.

### 20. Inventories

None ☑ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None ☑ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

### 21. Current Partners, Officers, Directors and Shareholders

None ☑ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☑ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

### 22. Former partners, officers, directors and shareholders

None ☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None ☑ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

## 23. Withdrawals from a partnership or distributions by a corporation

None ☑ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

## 24. Tax Consolidation Group

None ☑ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

## 25. Pension Funds.

None ☑ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date: **July  6, 2012**                            Signature  **/s/ Nick P. Pappas**
                                                          of Debtor                                                              **Nick P. Pappas**

Date: _____          Signature _____
                                                          of Joint Debtor
                                                          (if any)

_____**0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B8 (Official Form 8) (12/08)

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                                              Case No. _____

**Pappas, Nick P.**                                                    Chapter **7** _____
_____
                    Debtor(s)

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. *(Part A must be fully completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)*

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**Chase Auto** | **Describe Property Securing Debt:**<br>**2008 Ford Explorer** |

Property will be *(check one)*:
☐ Surrendered   ☑ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☑ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☑ Claimed as exempt   ☐ Not claimed as exempt

| Property No. 2 (if necessary) | |
|---|---|
| **Creditor's Name:** | **Describe Property Securing Debt:** |

Property will be *(check one)*:
☐ Surrendered   ☐ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt   ☐ Not claimed as exempt

**PART B** – Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**Theodoros Mellos** | **Describe Leased Property:**<br>**Lease for 2840 Devon, Chicago, IL** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes  ☑ No |

| Property No. 2 (if necessary) | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes  ☐ No |

_____ continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date: _____**July  6, 2012**_____          */s/ Nick P. Pappas*_____
                                                    Signature of Debtor

                                                    _____
                                                    Signature of Joint Debtor

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                          Case No. _____

Pappas, Nick P._____   Chapter **7**_____
                          Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors      **193**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: **July 6, 2012**_____    */s/ Nick P. Pappas*_____
                                         Debtor


                                         _____
                                         Joint Debtor

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Pappas, Nick P.
4920 Boulder Lane
Barrington, IL 60010

American Nut & Candy, Inc.
7125 W. Devon
Niles, IL 60714

Automatic Icemakers LLC
P.O. Box 5436
Chicago, IL 60680

Gierum & Mantas
9700 West Higgins Road Suite 1015
Rosemont, IL 60018

Amex
PO Box 297871
Fort Lauderdale, FL 33329

Baltic Bread
200 Gibson Avenue
Hamilton, ON L8L 6K1

212 East Condominium Association
C/O Lieberman Management Services, Inc.
230 W. Monroe, Ste. 1550
Chicago, IL 60606

AmTrust North America
Technology Insurance Company
5800 Lombardo Center
Cleveland, OH 44131-2550

Baltic Food Distributing, Inc.
1349 Enterprise Drive
Romeoville, IL 60446

A & A Store Equipment, Inc.
4259 S. Western Boulevard
Chicago, IL 60609

Anthony Marano Company
3000 South Ashland Avenue, Ste. 100
Chicago, IL 60608

Bank Of America, N.A.
450 American Street
Simi Valley, CA 93065

A.B. Company, Inc.
6525 North Proesel Avenue
Lincolnwood, IL 60712

Archer Bank
F/K/A Allegiance Community Bank
8001 West 183rd Street
Tinley Park, IL 60477

Banner Wholesale
115 South Water Market
Chicago, IL 60608

AAA Price Tag & Specialty Co.
3388 North Avondale Avenue
Chicago, IL 60618

Argo, Inc.
Georgian Bakery
2812 West Devon
Chicago, IL 60659

Banner Wholesale Grocers
3000 S. Ashland Ave., #30
Chicago, IL 60608

ABCO Distributing
P.O. Box 59226
Chicago, IL 60659

Ashland Sausage Co.
280 Westgate Drive
Carol Stream, IL 60188

Battaglia Distributing Co., Inc.
2500 S. Ashland Avenue
Chicago, IL 60608

Agudath Israel Of Illinois
3555 West Peterson
Chicago, IL 60659

AT&T
P.O. Box 5080
Carol Stream, IL 60197

Bimbo Foods, Inc.
65 S. Fairbank Street
Addison, IL 60101

Alef Sausage, Inc.
1026 Campus Drive
Mundelein, IL 60060

Athanasios Gouliamos
212 E. Cullertn St., Unit 502
Chicago, IL 60616

Blue Cross And Blue Shield Of Illinois
Dept. 0038
Palatine, IL 60055-0038

Allied West
2608 South Damen
Chicago, IL 60608

Auster Acquistions, LLC
2404 South Wolcott Avenue
Chicago, IL 60608

Boss Trading Corp.
843 North Central Avenue
Wood Dale, IL 60191

Bread And Cake Distribution, Inc.
195 N. Harbor Drive, Unit 3209
Chicago, IL  60601

City Of Chicago - Department Of Finance
C/O Arnold Scott Harris, P.C.
222 Merchandise Mart Plaza, Ste. 1932
Chicago, IL  60654

D.M. Emporium
3014 Willow Street
Franklin Park, IL  60131

Brickyard Bank
6676 N. Lincoln Avenue
Lincolnwood, IL  60712

City Wide Produce Dist.
2404 S. Wolcott Avenue
Chicago, IL  60608

Dairy Fresh Foods, Inc.
21405 Trolley Industrial Drive
Taylor, MI  48180-1811

Caramela Bakery
3945 West Armitage Avenue
Chicago, IL  60647

Coca-Cola Refreshments
Cicero Sales Center
2335 Paysphere Circle
Chicago, IL  60674

Dearborn Wholesale Grocers, L.P.
2801 South Western
Chicago, IL  60608

Cassidy Tire & Service
4907 Main Street
Skokie, IL  60077

ComEd
10 South Dearborn, 48th Floor
Chicago, IL  60603

Delta Marketing
2476 East Oakton
Arlington Heights, IL  60005

Cedar's Mediterranean Distribution, Inc.
P.O. Box 5951
Springfield, MA  01101-5951

Coosemans Chicago, Inc.
2404 S. Wolcott, Unit 13
Chicago, IL  60608

Dietz & Kolodenko
2404 S. Wolcott, #24-25
Chicago, IL  60608

Chase
PO Box 15298
Wilmington, DE  19850

Corfu Foods, Inc.
755 Thomas Drive
Bensenville, IL  60106

Dr. Pepper Snapple Group
401 N. Railroad Avenue
Northlake, IL  60164

Chase Auto
2000 Marcus Avenue
New Hyde Park, NY  11042

Country Gas
4010 Highway 14
Crystal Lake, IL  60014

DTI Huntley
P.O. Box 800
Huntley, IL  60142

Chicago Packaging Supply, Inc.
5750 West Bloomingdale
Chicago, IL  60639

CPP
3220 Keller Springs Road, #128
Carrollton, TX  75006

Dutch Farms, Inc.
700 E. 107th Street
Chicago, IL  60628

City Of Chicago
C/O  Heller Shapiro Frisone
33 N. LaSalle Street, Ste. 1200
Chicago, IL  60602

Crandall, Dubow & Harner, Inc.
3175 Commercial Avenue, Ste. 200
Northbrook, IL  60062

Eagle Distributors, Inc.
5632 N. Northwest Highway
Chicago, IL  60646

City Of Chicago - Dep. Of Buildings
120 N. Racine, 1st Floor
Chicago, IL  60607

Cumex Distributors, Inc.
4545 West Homer
Chicago, IL  60639

Eure-Delights
910 W. Randolph
Chicago, IL  60607

**Europa Bakery**
**4345 West 47th Street**
**Chicago, IL  60632**

**George D. Karcazes**
**Martin & Karcazes, Ltd.**
**161 North Clark St., Ste. 550**
**Chicago, IL  60601-3376**

**Home Loan Team**
**BACMIS15D**
**9700 Bissonneet St., Ste. 1500**
**Houston, TX  77036**

**Evergreen International, Inc.**
**2404 S. Wolcott, Units 8 & 9**
**Chicago, IL  60608**

**George's Sign Service, Inc.**
**P.O. Box 184**
**Palos Park, IL  60464**

**Hudson Energy**
**24919 Network Place**
**Chicago, IL  60673-1249**

**Fantis Imports, Inc.**
**3612 N. Acorn Lane**
**Franklin Park, IL  60131**

**Globe Resource, Inc.**
**5231 W. Cullom Avenue**
**Chicago, IL  60641**

**Hyson USA, Inc.**
**612 Supreme Drive**
**Bensenville, IL  60106**

**First  Advantage**
**100 Throckmorton St., Ste. 1800**
**Ft. Worth, TX  76102**

**Gold Star**
**570 Smith Street**
**Brooklyn, NY  11231**

**Ideal Pastry**
**4763-65 N. Milwaukee**
**Chicago, IL  60630**

**Flowmaster**
**13527 S. Brainard**
**Chicago, IL  60633**

**Goya**
**1401 Remington Blvd.**
**Bolingbrook, IL  60490**

**Illinois Department Of Revenue**
**P.O. Box 64338**
**Chicago, IL  60664-0338**

**Food Depot International**
**1178 Flex Court**
**Lake Zurich, IL  60047**

**Grand Prix**
**6153 W. Mulford St., Ste. B**
**Niles, IL  60714**

**Illinois Department Of Revenue**
**33 S. State, 9th Floor**
**Chicago, IL  60603-2802**

**Frito-Lay**
**P.O. Box 6431103**
**Pittsburgh, PA  15264-3103**

**Grante Food International LLC**
**8770 W. Bryn Mawr Ave., Ste. 1300**
**Chicago, IL  60631**

**Internal Revenue Service**
**Cincinnati, OH  45999-0039**

**Fullerton Cash Registers**
**5791 North Elston Avenue**
**Chicago, IL  60646**

**Hanmi, Inc.**
**5447 N. Wolcott**
**Chicago, IL  60640**

**International Golden Foods, Inc.**
**819 Industrial Drive**
**Bensenville, IL  60106**

**Futuro Foods**
**3115 Madison St., Unit F**
**Bellwood, IL  60104**

**Heartland Produce Co.**
**4550 70th Avenue**
**Kenosha, WI  53144**

**J.L. Gonzalez Produce, Inc.**
**2404 S. Wolcott Ave., Units 5-7**
**Chicago, IL  60608**

**G & B Plumbing & Heating**
**P.O. Box 597331**
**Chicago, IL  60659**

**Hebros Foods**
**2662 American Lane**
**Elk Grove Village, IL  60007**

**JAB Produce**
**2404 S. Wolcott**
**Chicago, IL  60608**

**Jack Tuchten Wholesale Produce, Inc.**
2404 S. Wolcott, Unit 31
Chicago, IL  60608

**Krinos Foods, LLC**
47-00 Northern Boulevard
Long Island, NY  11101

**Loutos Motor Service, Inc.**
1019 W. 16th Street
Chicago, IL  60608

**Jerry Wolkenheim**
7414 N. Crawford Avenue
Skokie, IL  60076

**Kuhns Imports**
905 Lakeside Drive, Ste. 8
Gurnee, IL  60031

**Lowell International Company**
9234 West Belmont Avenue
Franklin Park, IL  60131

**Jewish Star**
P.O. Box 268
Skokie, IL  60076

**La Galera Produce**
2404 S. Wolcott Avenue, Units 29-30
Chicago, IL  60608

**Maestranzi Brothers**
4715 N. Ronald Street
Harwood Heights, IL  60706

**Johnstone Supply**
2525 N. Elston Avenue
Chicago, IL  60647

**La Tropican Food, Inc.**
4455 West 45th Street
Chicago, IL  60632

**Mandolini Co.**
2404 S. Wolcott Ave., Unit 28
Chicago, IL  60608

**Joseph Mullarkey Dist.**
2200 Ridge Drive
Glenview, IL  60025

**Larcker Recycling Services, Inc.**
4400 W. 45th Street
Chicago, IL  60632

**Marcas Foods**
240 N. Rock Road, #246
Wichita, KS  67206

**K.M.K. Distributors**
4731 W. Burleigh
Milwaukee, WI  53210

**Law Offices Of Larry J. Meyer**
205 W. Randolph Street, Ste. 820
Chicago, IL  60606

**Margarita Gouliamos**
212 E. Cullerton St., Unit 502
Chicago, IL  60616

**Kehe Distributors**
24972 Network Place
Chicago, IL  60673-1249

**Lease Finance Group, LLC**
233 N. Michigan Ave., Suite 1800
Chicago, IL  60601

**Mark R. Rosenbaum**
Fischel & Kahn, Ltd.
155 N. Wacker Dr., Ste. 1950
Chicago, IL  60606

**KhD Distribution, LLC**
P.O. Box 91836
Elk Grove, IL  60009

**Lease Finance Group, LLC**
65 E. Wacker Place, Ste. 510
Chicago, IL  60601

**Martin's Famous Pastry Shoppe, Inc.**
1000 Potato Roll Lane
Chambersburg, PA  17202-8897

**Kosher Meat Klub**
4731 W. Burleigh
Milwaukee, WI  53210

**Lifeway Foods, Inc.**
6431 W. Oakton Street
Morton Grove, IL  60053

**Max's Imports**
4160 E. 15 Mile Road
Sterling Heights, MI  48310

**Krinos Foods**
160 N. Morgan
Chicago, IL  60607

**Lipari**
26661 Bunert Road
Warren, MI  48089-1476

**May's Honey Farms**
18404 McGuire Road
Harvard, IL  60033

MGH Food Services
P.O. Box 2411
Northlake, IL  60164

Mussman's Back Acres, Inc.
9998 North 16000 East Road
Grant Park, IL  60940

North Shore Kosher Bakery
2919 W. Touhy Avenue
Chicago, IL  60645

Michael T. Stanley
ORDOWER & ORDOWER, P.C.
One North LaSalle St., Ste. 1300
Chicago, IL  60602

Natars NY Food Corp.
17 53 Street
Brooklyn, NY  11232

Northern Illinois Milk
3600 North River Road
Franklin Park, IL 60131

Midland Distributors
13636 Western Avenue
Blue Island, IL 60406

National Lift Truck, Inc.
3333 Mount Prospect Road
Franklin Park, IL  60131

Northshore
9458 Eagle Way
Chicago, IL  60678-1094

Minos Foods
648 West Lake
Addison, IL  60101

Nationalwide P & C Insurance Co.
One Nationwide Plaza
Columbus, OH 43215-2220

Oakton Bakery
4512 Oakton
Skokie, IL  60076

MN Distribution
525 Lotus Lane
Glenview, IL  60025

Nationwide
Nick G. Roumeliotis, Ltd.
1141 S. Arlington Hts. Rd., Unit H
Arlington Heights, IL  60005-3165

Office Of The City Clerk
Miguel Del Valle
121 N. LaSalle Street, Room 107
Chicago, IL  60602

Moonlight International, Inc.
1107 E. Algonquin Road, #4
Arlington Heights, IL  60005

NCCI, Inc.
901 Peninsula Corporate Circle
Boca Raton, FL  33487-1362

Oil Plus
3400 W. Peterson Avenue
Chicago, IL  60659

Mori Milk & Ice Cream Co., Inc.
3600 N. River Road
Franklin Park, IL  60131

Nestle Waters North America
375 Paramount Drive
Raynham, MA  02767

Optima Foods
241 Holbrook Drive
Wheeling, IL  60090

Mounsef International, Inc.
4738 North Kedzie Avenue
Chicago, IL  60625

New La Estrella Foods
3003 W. 63rd Street
Chicago, IL  60629

P & M Distributors, Inc.
985 Marshall Drive
Des Plaines, IL  60016

MSRJ/Voice Of Israel/Moshiach Now
3213 N. Oakland Avenue
Milwaukee, WI  53211

Nick G. Roumeliotis
1141 S. Arlington Heights Road
Arlington Heights, IL  60005-3165

Panama Distributors Of Fine Produce
2404 South Wolcott
Chicago, IL  60608

Murray J. Lewison
2201 Waukegan Road, Ste. 260
Bannockburn, IL  60015

Nicor Gas
1844 Ferry Road
Naperville, IL  60563

Peoples Gas
130 East Randolph Street
Chicago, IL  60601

**Pepperidge Farm**
595 Westpot Avenue
Norwalk, CT  06851

**Riverside Specialty Foods, Inc.**
1 Depot Lane
Seabrook, NH  03874

**Sunny Hill Honey**
18404 McGuire Road
Harvard, IL  60033

**Pepperidge Farm**
9900 S. Southwest Highway
Oak Lawn, IL  60453

**Roscoe & Western Service Center**
3355 N. Western Avenue
Chicago, IL  60618

**T & G Mechanical Services, Inc.**
18 W. 641 Roosevelt Rd.
Lombard, IL  60148

**Pepsi Americas**
1400 West 35th Street
Chicago, IL  60609

**Royalty Foods, LLC**
1450 American Lane, Ste. 1439
Schaumburg, IL  60173

**TeleCheck Services, Inc.**
P.O. Box 60028
City Of Industry, CA  91716-0028

**Peter Housakos**
9041 Oconto Avenue
Morton Grove, IL  60053

**S.E.G. International**
2026 Glenview Road
Northbrook, IL  60062

**The Chicago Jewish News**
5301 W. Dempster
Skokie, IL  60077

**Polish Folklore Import Company**
2428 Rose Street
Franklin Park, IL  60131

**Safety Services Company**
P.O. Box 6408
Yuma, AZ  85366-6408

**The Garage Car Care Auto Repair**
6051 N. California
Chicago, IL  60659

**Quill Corporation**
P.O. Box 37600
Philadelphia, PA  19101-0600

**Sibley Store Fixtures**
2 West 147th Street
Harvey, IL  60426

**Theodoros Mellos**
C/O Arthur E. Stamas, P.C.
330 North Wabash Ave., Ste. 2305
Chicago, IL  60611

**R & F Imports, Inc.**
26W415 St. Charles Rd., Ste. C
Carol Stream, IL  60188

**Snyder's Of Hanover, Inc.**
1250 York Street
Hanover, PA  17331

**Therm Tech**
4309 S. Halsted Street
Chicago, IL  60609

**Racconto**
2060 Janice Avenue
Melrose Park, IL  60160

**Society Insurance**
150 Camelot Drive
Fond Du Lac, WI  54936

**TM Tire Co., Inc.**
4201 Midlothian Turnpike
Crestwood, IL  60445

**Rain Trading, Inc.**
3033 Malmo Drive
Arlington Heights, IL  60005

**Spiros Picoulas**
111 E. Chestnut Street, #47G
Chicago, IL  60611

**TMG**
100 Throckmorton Street, Ste. 1800
Fort Worth, TX  76102

**Regal Health Food International, Inc.**
3705 West Grand Avenue
Chicago, IL  60651

**Strube Celery & Vegetable Company**
2404 S. Wolcott Ave., Units 16-20
Chicago, IL  60608

**Today's Temptations, Inc.**
1900 N. Austin
Chicago, IL  60639

**TransTech Merchant Group**
**100 Throckmorton Street, Ste. 1800**
**Ft. Worth, TX  76102**

**Vita Food Products**
**2222 West Lake Street**
**Chicago, IL  60612**

**Trilini**
**41 Terrace Place**
**Brooklyn, NY  11218**

**Volume Plastics, Inc.**
**P.O. Box 597306**
**Chicago, IL  60659-7306**

**Tuchten**
**59-61 South Water Market**
**Chicago, IL  60608**

**Weston Bakeries**
**2055 W. Army Trail Road, #140**
**Addison, IL  60101**

**Turano Baking Company**
**6501 West Roosevelt Road**
**Berwyn, IL  60402**

**YPV Distribution**
**160 Scott Street**
**Elk Grove Village, IL  60007**

**United Packaging Products, Inc.**
**854 Fairway Drive**
**Bensenville, IL  60106**

**Ziyad Brothers Importing**
**5400 West 35th Street**
**Cicero, IL  60804**

**Universal Food Distributors, Inc.**
**17 53rd Street**
**Brooklyn, NY  11232**

**V & G Commerce**
**881 North Central**
**Wood Dale, IL  60191**

**V.E. Berg & Sons Co.**
**4949-4951 Elston Avenue**
**Chicago, IL  60630**

**Val's Bakery**
**4002 Main Street**
**Skokie, IL  60076**

**Verizon Wireless**
**P.O. Box 25505**
**Lehigh Valley, PA  18002-5505**