# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re:   PAPPAS, NICK P.   §   Case No. 12-27116
§
§
Debtor(s)   §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that EUGENE CRANE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00am on 04/30/2014 in Courtroom 744, United States Courthouse Courthouse, 219 S. Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 03/31/2014   By:   /s/Eugene Crane
                                Trustee

EUGENE CRANE
135 S. LaSalle Street, #3705
Chicago, IL  60603
(312) 641-6777

UST Form 101-7-NFR (10/1/2010)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: PAPPAS, NICK P.     § Case No. 12-27116
                          §
                          §
Debtor(s)                 §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| *The Final Report shows receipts of* | $ 215,000.00 |
| *and approved disbursements of* | $ 3,217.00 |
| *leaving a balance on hand of* [1] | $ 211,783.00 |
| **Balance on hand:** | $ 211,783.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|---:|
| 6S | North Community Bank, Successor by merger with Archer Bank | 1,880,000.00 | 0.00 | 0.00 | 0.00 |
| 7S | North Community Bank successor by merger with Archer Bank | 5,000.00 | 0.00 | 0.00 | 0.00 |

| | |
|---|---:|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 211,783.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - EUGENE CRANE | 14,000.00 | 0.00 | 14,000.00 |
| Attorney for Trustee, Fees - Crane, Heyman, Simon, Welch & Clar | 7,506.50 | 0.00 | 7,506.50 |
| Attorney for Trustee, Expenses - Crane, Heyman, Simon, Welch & Clar | 574.20 | 0.00 | 574.20 |
| Accountant for Trustee, Fees - Popowcer Katten, Ltd. | 1,127.00 | 0.00 | 1,127.00 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| | | |
|---|---|---|
| Total to be paid for chapter 7 administration expenses: | $ | 23,207.70 |
| Remaining balance: | $ | 188,575.30 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 188,575.30 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $136.63 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | Strube Celery & Vegetable Company | 0.00 | 0.00 | 0.00 |
| 4P | Illinois Department of Revenue | 136.63 | 0.00 | 136.63 |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 136.63 |
| Remaining balance: | $ | 188,438.67 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 467,238.04 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 40.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Theodoros Mellos | 40,000.00 | 0.00 | 16,132.14 |
| 2 | EMC INSURANCE COMPANIES | 1,054.65 | 0.00 | 425.34 |
| 4U | Illinois Department of Revenue | 3,489.70 | 0.00 | 1,407.41 |
| 5 | Anthony Marano Company | 165,747.14 | 0.00 | 66,846.38 |
| 6U | North Community Bank, successor by merger with Archer Bank | 182,569.96 | 0.00 | 73,631.08 |
| 7U | North Community Bank, Successor by merger with Archer Bank | 15,896.58 | 0.00 | 6,411.14 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| 8 | Strube Celery & Vegetable Company | 58,480.01 | 0.00 | 23,585.18 |

|  |  |
|---|---|
| Total to be paid for timely general unsecured claims: | $ 188,438.67 |
| Remaining balance: | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

|  |  |
|---|---|
| Total to be paid for tardy general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/EUGENE CRANE
Trustee

EUGENE CRANE
135 S. LaSalle Street, #3705
Chicago, IL  60603
(312) 641-6777

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 12-27116-ERW
Nick P. Pappas                                                      Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: dpruitt          Page 1 of 4          Date Rcvd: Apr 01, 2014
                              Form ID: pdf006        Total Noticed: 191

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 03, 2014.
```
db          +Nick P. Pappas,    4920 Boulder Lane,    Barrington, IL 60010-5840
19124434    +212 East Condominium Association,    C/O Lieberman Management Services, Inc.,
              230 W. Monroe, Ste. 1550,    Chicago, IL 60606-4709
19124435    +A & A Store Equipment, Inc.,    4259 S. Western Boulevard,    Chicago, IL 60609-2237
19124436     A.B. Company, Inc.,    6525 North Proesel Avenue,    Lincolnwood, IL  60712
19124438    +ABCO Distributing,    P.O. Box 59226,    Chicago, IL 60659-0226
19124439    +Agudath Israel Of Illinois,    3555 West Peterson,    Chicago, IL 60659-3265
19124440    +Alef Sausage, Inc.,    1026 Campus Drive,    Mundelein, IL 60060-3831
19124441    +Allied West,    2608 South Damen,    Chicago, IL 60608-5209
19124444    +AmTrust North America,    Technology Insurance Company,    5800 Lombardo Center,
              Cleveland, OH 44131-2588
19124442     American Nut & Candy, Inc.,    7125 W. Devon,    Niles, IL  60714
19124443    +Amex,    PO Box 297871,    Fort Lauderdale, FL 33329-7871
19124445    +Anthony Marano Company,    Robert Marcus, Esq.,    Michael Maksimovich, Atty at Law, P.C.,
              8643 Ogden Avenue,    Lyons, IL 60534-1062
19124446    +Archer Bank SUCCESSOR BY MERGER,    WITH ALLEGIANCE COMMUNITY BANK,
              Metropolitan Bk Grp/Lawrence Teler,    2201 W Cermak Rd,    Chicago, IL 60608-3921
19124447    +Argo, Inc.,    Georgian Bakery,    2812 West Devon,    Chicago, IL 60659-1502
19124448    +Ashland Sausage Co.,    280 Westgate Drive,    Carol Stream, IL 60188-2243
19124450    +Athanasios Gouliamos,    212 E. Cullertn St., Unit 502,    Chicago, IL 60616-4326
19124451    +Auster Acquistions, LLC,    2404 South Wolcott Avenue,    Chicago, IL 60608-5300
19124452    +Automatic Icemakers LLC,    P.O. Box 5436,    Chicago, IL 60680-5436
19124453     Baltic Bread,    200 Gibson Avenue,    Hamilton, ON  L8L 6K1
19124454    +Baltic Food Distributing, Inc.,    1349 Enterprise Drive,    Romeoville, IL 60446-1015
19124455    +Bank Of America, N.A.,    450 American Street,    Simi Valley, CA 93065-6285
19124456     Banner Wholesale,    115 South Water Market,    Chicago, IL  60608
19124457    +Banner Wholesale Grocers,    3000 S. Ashland Ave., #30,    Chicago, IL 60608-5348
19124458    +Battaglia Distributing Co., Inc.,    2500 S. Ashland Avenue,    Chicago, IL 60608-5321
19124459    +Bimbo Foods, Inc.,    65 S. Fairbank Street,    Addison, IL 60101-3118
19124460     Blue Cross And Blue Shield Of Illinois,    Dept. 0038,    Palatine, IL 60055-0038
19124461    +Boss Trading Corp.,    843 North Central Avenue,    Wood Dale, IL 60191-1219
19124462    +Bread And Cake Distribution, Inc.,    195 N. Harbor Drive, Unit 3209,    Chicago, IL 60601-7533
19124463    +Brickyard Bank,    6676 N. Lincoln Avenue,    Lincolnwood, IL 60712-3621
19124479    +CPP,    3220 Keller Springs Road, #128,    Carrollton, TX 75006-5050
19124464    +Caramela Bakery,    3945 West Armitage Avenue,    Chicago, IL 60647-3450
19124465    +Cassidy Tire & Service,    4907 Main Street,    Skokie, IL 60077-2515
19124466     Cedar’s Mediterranean Distribution, Inc.,    P.O. Box 5951,    Springfield, MA  01101-5951
19124467    +Chase,    PO Box 15298,    Wilmington, DE 19850-5298
19124469    +Chicago Packaging Supply, Inc.,    5750 West Bloomingdale,    Chicago, IL 60639-4139
19124470    +City Of Chicago,    C/O  Heller Shapiro Frisone,    33 N. LaSalle Street, Ste. 1200,
              Chicago, IL 60602-3415
19124471    +City Of Chicago - Dep. Of Buildings,    120 N. Racine, 1st Floor,    Chicago, IL 60607-2010
19124472    +City Of Chicago - Department Of Finance,    C/O Arnold Scott Harris, P.C.,
              222 Merchandise Mart Plaza, Ste. 1932,    Chicago, IL 60654-1420
19124473    +City Wide Produce Dist.,    2404 S. Wolcott Avenue,    Chicago, IL 60608-5300
19124474    +Coca-Cola Refreshments,    Cicero Sales Center,    2335 Paysphere Circle,    Chicago, IL 60674-0023
19124476    +Coosemans Chicago, Inc.,    2404 S. Wolcott, Unit 13,    Chicago, IL 60608-5341
19124477    +Corfu Foods, Inc.,    755 Thomas Drive,    Bensenville, IL 60106-1624
19124478    +Country Gas,    4010 Highway 14,    Crystal Lake, IL 60014-8299
19124480    +Crandall, Dubow & Harner, Inc.,    3175 Commercial Avenue, Ste. 200,    Northbrook, IL 60062-1924
19124482    +D.M. Emporium,    3014 Willow Street,    Franklin Park, IL 60131-2835
19124488    +DTI Huntley,    P.O. Box 800,    Huntley, IL 60142-0800
19124483     Dairy Fresh Foods, Inc.,    21405 Trolley Industrial Drive,    Taylor, MI  48180-1811
19124484    #+Dearborn Wholesale Grocers, L.P.,    2801 South Western,    Chicago, IL 60608-5280
19124485    +Delta Marketing,    2476 East Oakton,    Arlington Heights, IL 60005-4820
19124486    +Dietz & Kolodenko,    2404 S. Wolcott, #24-25,    Chicago, IL 60608-5343
19124487    +Dr. Pepper Snapple Group,    401 N. Railroad Avenue,    Northlake, IL 60164-1666
19124489    +Dutch Farms, Inc.,    700 E. 107th Street,    Chicago, IL 60628-3806
20027300    +EMC INSURANCE COMPANIES,    1815 S MEYERS RD STE 500,    OAKBROOK TERRACE, IL 60181-5214
19124490    +Eagle Distributors, Inc.,    5632 N. Northwest Highway,    Chicago, IL 60646-6136
19124491    +Eure-Delights,    910 W. Randolph,    Chicago, IL 60607-2208
19124492    +Europa Bakery,    4345 West 47th Street,    Chicago, IL 60632-4440
19124493     Evergreen International, Inc.,    2404 S. Wolcott, Units 8 & 9,    Chicago, IL  60608
19124494    +Fantis Imports, Inc.,    3612 N. Acorn Lane,    Franklin Park, IL 60131-1115
19124495    +First  Advantage,    100 Throckmorton St., Ste. 1800,    Ft. Worth, TX 76102-2802
19124496    +Flowmaster,    13527 S. Brainard,    Chicago, IL 60633-1830
19124497    +Food Depot International,    1178 Flex Court,    Lake Zurich, IL 60047-1578
19124498     Frito-Lay,    P.O. Box 6431103,    Pittsburgh, PA  15264-3103
19124499    +Fullerton Cash Registers,    5791 North Elston Avenue,    Chicago, IL 60646-5545
19124500    #+Futuro Foods,    3115 Madison St., Unit F,    Bellwood, IL 60104-2261
19124501    +G & B Plumbing & Heating,    P.O. Box 597331,    Chicago, IL 60659-7331
19124502     George D. Karcazes,    Martin & Karcazes, Ltd.,    161 North Clark St., Ste. 550,
              Chicago, IL  60601-3376
19124503    +George’s Sign Service, Inc.,    P.O. Box 184,    Palos Park, IL 60464-0184
```

```
District/off: 0752-1           User: dpruitt              Page 2 of 4                   Date Rcvd: Apr 01, 2014
                               Form ID: pdf006            Total Noticed: 191

19124433     #+Gierum & Mantas,    9700 West Higgins Road Suite 1015,     Rosemont, IL 60018-4712
19124504      +Globe Resource, Inc.,    5231 W. Cullom Avenue,    Chicago, IL 60641-1402
19124505      +Gold Star,    570 Smith Street,    Brooklyn, NY 11231-3820
19124506      +Goya,    1401 Remington Blvd.,    Bolingbrook, IL 60490-3205
19124507      +Grand Prix,    6153 W. Mulford St., Ste. B,    Niles, IL 60714-3417
19124508      +Grante Food International LLC,     8770 W. Bryn Mawr Ave., Ste. 1300,     Chicago, IL 60631-3557
19124509      +Hanmi, Inc.,    5447 N. Wolcott,    Chicago, IL 60640-1017
19124510      +Heartland Produce Co.,    4550 70th Avenue,    Kenosha, WI 53144-1798
19124511      +Hebros Foods,    2662 American Lane,    Elk Grove Village, IL 60007-6208
19124512      +Home Loan Team,    BACMIS15D,    9700 Bissonnet St., Ste. 1500,     Houston, TX 77036-8013
19124513       Hudson Energy,    24919 Network Place,    Chicago, IL 60673-1249
19124515      +Ideal Pastry,    4763-65 N. Milwaukee,    Chicago, IL 60630-3630
19124516       Illinois Department Of Revenue,     P.O. Box 64338,    Chicago, IL 60664-0338
19124517      +Illinois Department Of Revenue,     33 S. State, 9th Floor,     Chicago, IL 60603-2804
20146241       Illinois Department of Revenue,     Bankruptcy Section,     PO Box 64338,    Chicago IL 60664-0338
19124519      +International Golden Foods, Inc.,     819 Industrial Drive,     Bensenville, IL 60106-1306
19124520      +J.L. Gonzalez Produce, Inc.,     2404 S. Wolcott Ave., Units 5-7,     Chicago, IL 60608-5300
19124521      +JAB Produce,    2404 S. Wolcott,    Chicago, IL 60608-5300
19124522      +Jack Tuchten Wholesale Produce, Inc.,     2404 S. Wolcott, Unit 31,     Chicago, IL 60608-5344
19124523      +Jerry Wolkenheim,    7414 N. Crawford Avenue,    Skokie, IL 60076-3933
19124524      +Jewish Star,    P.O. Box 268,    Skokie, IL 60076-0268
19124525      +Johnstone Supply,    2525 N. Elston Avenue,    Chicago, IL 60647-2042
19124526      +Joseph Mullarkey Dist.,    2200 Ridge Drive,    Glenview, IL 60025-7607
19124527      +K.M.K. Distributors,    4731 W. Burleigh,    Milwaukee, WI 53210-1757
19124528       Kehe Distributors,    24972 Network Place,    Chicago, IL 60673-1249
19124529      +KhD Distribution, LLC,    P.O. Box 91836,    Elk Grove, IL 60009-1836
19124530      +Kosher Meat Klub,    4731 W. Burleigh,    Milwaukee, WI 53210-1795
19124531      +Krinos Foods,    160 N. Morgan,    Chicago, IL 60607-2222
19124532      +Krinos Foods, LLC,    47-00 Northern Boulevard,    Long Island, NY 11101-1017
19124533      +Kuhns Imports,    905 Lakeside Drive, Ste. 8,    Gurnee, IL 60031-4007
19124534      +La Galera Produce,    2404 S. Wolcott Avenue, Units 29-30,     Chicago, IL 60608-5300
19124536      +Larcker Recycling Services, Inc.,     4400 W. 45th Street,     Chicago, IL 60632-4304
19124537      +Law Offices Of Larry J. Meyer,     205 W. Randolph Street, Ste. 820,     Chicago, IL 60606-1814
19124539      +Lease Finance Group, LLC,    65 E. Wacker Place, Ste. 510,     Chicago, IL 60601-7255
19124540      +Lifeway Foods, Inc.,    6431 W. Oakton Street,    Morton Grove, IL 60053-2727
19124541      +Lipari,    26661 Bunert Road,    Warren, MI 48089-3650
19124542      +Loutos Motor Service, Inc.,    1019 W. 16th Street,    Chicago, IL 60608-2217
19124543      +Lowell International Company,     9234 West Belmont Avenue,    Franklin Park, IL 60131-2808
19124552      +MGH Food Services,    P.O. Box 2411,    Northlake, IL 60164-7411
19124556      +MN Distribution,    525 Lotus Lane,    Glenview, IL 60025-4559
19124560      +MSRJ/Voice Of Israel/Moshiach Now,     3213 N. Oakland Avenue,    Milwaukee, WI 53211-3051
19124544      +Maestranzi Brothers,    4715 N. Ronald Street,    Harwood Heights, IL 60706-3815
19124545      +Mandolini Co.,    2404 S. Wolcott Ave., Unit 28,    Chicago, IL 60608-5344
19124546      +Marcas Foods,    240 N. Rock Road, #246,    Wichita, KS 67206-2245
19124547      +Margarita Gouliamos,    212 E. Cullerton St., Unit 502,     Chicago, IL 60616-4326
19124548      +Mark R. Rosenbaum,    Fischel & Kahn, Ltd.,    155 N. Wacker Dr., Ste. 1950,
                Chicago, IL 60606-1716
19124549       Martin’s Famous Pastry Shoppe, Inc.,     1000 Potato Roll Lane,     Chambersburg, PA 17202-8897
19124550      +Max’s Imports,    4160 E. 15 Mile Road,    Sterling Heights, MI 48310-5405
19124551      +May’s Honey Farms,    18404 McGuire Road,    Harvard, IL 60033-8867
19124553      +Michael T. Stanley,    ORDOWER & ORDOWER, P.C.,    One North LaSalle St., Ste. 1300,
                Chicago, IL 60602-3992
19124554      +Midland Distributors,    13636 Western Avenue,    Blue Island, IL 60406-3277
19124555      +Minos Foods,    648 West Lake,    Addison, IL 60101-2286
19124557      +Moonlight International, Inc.,     1107 E. Algonquin Road, #4,     Arlington Heights, IL 60005-4638
19124558      +Mori Milk & Ice Cream Co., Inc.,     3600 N. River Road,    Franklin Park, IL 60131-2152
19124559      +Mounsef International, Inc.,     4738 North Kedzie Avenue,    Chicago, IL 60625-4421
19124562      +Mussman’s Back Acres, Inc.,    9998 North 16000 East Road,     Grant Park, IL 60940-5150
19124567       NCCI, Inc.,    901 Peninsula Corporate Circle,    Boca Raton, FL 33487-1362
19124563      +Natars NY Food Corp.,    17 53 Street,    Brooklyn, NY 11232-2607
19124564      +National Lift Truck, Inc.,    3333 Mount Prospect Road,    Franklin Park, IL 60131-1337
19124565       Nationalwide P & C Insurance Co.,     One Nationwide Plaza,    Columbus, OH 43215-2220
19124566       Nationwide,    Nick G. Roumeliotis, Ltd.,    1141 S. Arlington Hts. Rd., Unit H,
                Arlington Heights, IL 60005-3165
19124568      +Nestle Waters North America,     375 Paramount Drive,    Raynham, MA 02767-5154
19124569      +New La Estrella Foods,    3003 W. 63rd Street,    Chicago, IL 60629-2701
20784553      +North Community Bank as,    Suc by merger with Archer Bank,
                Metropolitan Bank Group,Lawrence Teter,     2201 W Cermak Rd,    Chicago, IL 60608-3921
19124572      +North Shore Kosher Bakery,    2919 W. Touhy Avenue,    Chicago, IL 60645-2937
19124573      +Northern Illinois Milk,    3600 North River Road,    Franklin Park, IL 60131-2152
19124574       Northshore,    9458 Eagle Way,    Chicago, IL 60678-1094
19124575      +Oakton Bakery,    4512 Oakton,    Skokie, IL 60076-3143
19124576      +Office Of The City Clerk,    Miguel Del Valle,    121 N. LaSalle Street, Room 107,
                Chicago, IL 60602-1232
19124577      +Oil Plus,    3400 W. Peterson Avenue,    Chicago, IL 60659-3418
19124578     #+Optima Foods,    241 Holbrook Drive,    Wheeling, IL 60090-5809
19124579      +P & M Distributors, Inc.,    985 Marshall Drive,    Des Plaines, IL 60016-5967
19124580      +Panama Distributors Of Fine Produce,     2404 South Wolcott,    Chicago, IL 60608-5300
19124432      +Pappas Nick P,    4920 Boulder Lane,    Barrington, IL 60010-5840
19124581      +Peoples Gas,    130 East Randolph Street,    Chicago, IL 60601-6302
```

```
District/off: 0752-1           User: dpruitt                Page 3 of 4                  Date Rcvd: Apr 01, 2014
                               Form ID: pdf006              Total Noticed: 191

19124583      +Pepperidge Farm,    9900 S. Southwest Highway,    Oak Lawn, IL 60453-3724
19124582      +Pepperidge Farm,    595 Westpot Avenue,    Norwalk, CT 06851-4413
19124584      +Pepsi Americas,    1400 West 35th Street,    Chicago, IL 60609-1311
19124585      +Peter Housakos,    9041 Oconto Avenue,    Morton Grove, IL 60053-1775
19124586      +Polish Folklore Import Company,    2428 Rose Street,    Franklin Park, IL 60131-3323
19124587       Quill Corporation,    P.O. Box 37600,    Philadelphia, PA 19101-0600
19124588      +R & F Imports, Inc.,    26W415 St. Charles Rd., Ste. C,    Carol Stream, IL 60188-1942
19124589      +Racconto,    2060 Janice Avenue,    Melrose Park, IL 60160-1011
19124590      +Rain Trading, Inc.,    3033 Malmo Drive,    Arlington Heights, IL 60005-4727
19124591      +Regal Health Food International, Inc.,    3705 West Grand Avenue,    Chicago, IL 60651-2236
19124592      +Riverside Specialty Foods, Inc.,    1 Depot Lane,    Seabrook, NH 03874-4492
19124593      +Roscoe & Western Service Center,    3355 N. Western Avenue,    Chicago, IL 60618-6212
19124595       S.E.G. International,    2026 Glenview Road,    Northbrook, IL 60062
19124597       Sibley Store Fixtures,    2 West 147th Street,    Harvey, IL 60426
19124598      +Snyder’s Of Hanover, Inc.,    1250 York Street,    Hanover, PA 17331-4503
19124599      +Society Insurance,    150 Camelot Drive,    Fond Du Lac, WI 54935-8030
19124601      +Strube Celery & Vegetable Company,    Mary Jean Fassett, Esq.,    McCarron & Diess,
                4530 Wisconsin Ave NW #301,    Washington, DC 20016-4667
19124602      +Sunny Hill Honey,    18404 McGuire Road,    Harvard, IL 60033-8867
19124603     ++++T & G MECHANICAL SERVICES, INC.,    923 E ROOSEVELT RD,    LOMBARD IL  60148-4779
                (address filed with court: T & G Mechanical Services, Inc.,    18 W. 641 Roosevelt Rd.,
                Lombard, IL  60148)
19124609      +TM Tire Co., Inc.,    4201 Midlothian Turnpike,    Crestwood, IL 60445-2335
19124610      +TMG,    100 Throckmorton Street, Ste. 1800,    Fort Worth, TX 76102-2802
19124604       TeleCheck Services, Inc.,    P.O. Box 60028,    City Of Industry, CA 91716-0028
19124605      +The Chicago Jewish News,    5301 W. Dempster,    Skokie, IL 60077-1800
19124606      +The Garage Car Care Auto Repair,    6051 N. California,    Chicago, IL 60659-3915
19124607       Theodoros Mellos,    C/O Alex Tzitzis,    6717 N Oskhosh,    Chicago, IL  60631
19124608      +Therm Tech,    4309 S. Halsted Street,    Chicago, IL 60609-3453
19124611      +Today’s Temptations, Inc.,    1900 N. Austin,    Chicago, IL 60639-5010
19124612      +TransTech Merchant Group,    100 Throckmorton Street, Ste. 1800,    Ft. Worth, TX 76102-2802
19124613      +Trilini,    41 Terrace Place,    Brooklyn, NY 11218-1013
19124614       Tuchten,    59-61 South Water Market,    Chicago, IL 60608
19124615      +Turano Baking Company,    6501 West Roosevelt Road,    Berwyn, IL 60402-1100
19124616      +United Packaging Products, Inc.,    854 Fairway Drive,    Bensenville, IL 60106-1313
19124617      +Universal Food Distributors, Inc.,    17 53rd Street,    Brooklyn, NY 11232-2607
19124618      +V & G Commerce,    881 North Central,    Wood Dale, IL 60191-1244
19124619      +V.E. Berg & Sons Co.,    4949-4951 Elston Avenue,    Chicago, IL 60630-1786
19124620      +Val’s Bakery,    4002 Main Street,    Skokie, IL 60076-2752
19124621       Verizon Wireless,    P.O. Box 25505,    Lehigh Valley, PA 18002-5505
19124622      +Vita Food Products,    2222 West Lake Street,    Chicago, IL 60612-2281
19124623       Volume Plastics, Inc.,    P.O. Box 597306,    Chicago, IL  60659-7306
19124624      +Weston Bakeries,    2055 W. Army Trail Road, #140,    Addison, IL 60101-1478
19124625      +YPV Distribution,    160 Scott Street,    Elk Grove Village, IL 60007-1211
19124626      +Ziyad Brothers Importing,    5400 West 35th Street,    Cicero, IL 60804-4431
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19124449      +E-mail/Text: g17768@att.com Apr 02 2014 01:03:17      AT&T,    P.O. Box 5080,
                Carol Stream, IL 60197-5080
19124468       E-mail/Text: bk.notifications@jpmchase.com Apr 02 2014 01:03:33      Chase Auto,
                2000 Marcus Avenue,    New Hyde Park, NY  11042
19124475      +E-mail/Text: legalcollections@comed.com Apr 02 2014 01:04:23      ComEd,
                10 South Dearborn, 48th Floor,    Chicago, IL 60603-2300
19124518       E-mail/Text: cio.bncmail@irs.gov Apr 02 2014 01:03:26      Internal Revenue Service,
                Cincinnati, OH  45999-0039
19124561      +E-mail/Text: mlewison@jocolaw.com Apr 02 2014 01:04:09      Murray J. Lewison,
                2201 Waukegan Road, Ste. 260,    Bannockburn, IL 60015-1598
19124571      +E-mail/Text: bankrup@aglresources.com Apr 02 2014 01:03:13      Nicor Gas,    1844 Ferry Road,
                Naperville, IL 60563-9600
19124596      +E-mail/Text: billing@safetyservicescompany.com Apr 02 2014 01:03:38      Safety Services Company,
                P.O. Box 6408,    Yuma, AZ 85366-2518
                                                                                               TOTAL: 7

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20767389       Strube Celery & Vegetable Co.
19124437     ##+AAA Price Tag & Specialty Co.,    3388 North Avondale Avenue,    Chicago, IL 60618-5451
19124481     ##+Cumex Distributors, Inc.,    4545 West Homer,    Chicago, IL 60639-5106
19124514     ##+Hyson USA, Inc.,    612 Supreme Drive,    Bensenville, IL 60106-1158
19124535     ##+La Tropican Food, Inc.,    4455 West 45th Street,    Chicago, IL 60632-4310
19124538     ##+Lease Finance Group, LLC,    233 N. Michigan Ave., Suite 1800,    Chicago, IL 60601-5802
19124570      ##Nick G. Roumeliotis,    1141 S. Arlington Heights Road,    Arlington Heights, IL  60005-3165
19124594     ##+Royalty Foods, LLC,    1450 American Lane, Ste. 1439,    Schaumburg, IL 60173-6084
19124600     ##+Spiros Picoulas,    111 E. Chestnut Street, #47G,    Chicago, IL 60611-6025
                                                                                              TOTALS: 1, * 0, ## 8

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked ’++++’ were corrected as required by the USPS Locatable Address Conversion System (LACS).
```

```
District/off: 0752-1          User: dpruitt              Page 4 of 4                  Date Rcvd: Apr 01, 2014
                              Form ID: pdf006            Total Noticed: 191
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2014                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 31, 2014 at the address(es) listed below:

```
          Eugene  Crane    on behalf of Trustee Eugene  Crane ecrane@craneheyman.com,
           jmunoz@craneheyman.com;dkobrynski@craneheyman.com;gheyman@craneheyman.com
          Eugene  Crane    ecrane@craneheyman.com,
           il41@ecfcbis.com;jmunoz@craneheyman.com;dkobrynski@craneheyman.com
          John E Gierum    on behalf of Debtor Nick P. Pappas jgierum@7trustee.net,  karen@gierummantas.com
          Lance G Johnson    on behalf of Creditor   Archer Bank ljohnson@martin-karcazes.com
          Mary J Fassett    on behalf of Creditor   Strube Celery & Vegetable Co. mjf@mccarronlaw.com
          Murray J Lewison    on behalf of Creditor Spiros  Picoulas mlewison@jocolaw.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Robert B. Marcus    on behalf of Creditor   Anthony Marano Company rmarcus@attorneymm.com,
           mail@attorneymm.com
          Timothy R Yueill    on behalf of Creditor   HSBC Bank USA, National Association
           timothyy@nevellaw.com
                                                                                              TOTAL: 9
```