**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: PAPPAS, NICK P. § | Case No. 12-27116 |
| § | |
| § | |
| Debtor(s) § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

   EUGENE CRANE, chapter 7 trustee, submits this Final Account,
Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report
and, if applicable, any order of the Court modifying the Final Report. The case is fully
administered and all assets and funds which have come under the trustee's control in this case
have been properly accounted for as provided by law. The trustee hereby requests to be
discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims
discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $975,950.00                Assets Exempt: $21,600.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $188,575.30        Claims Discharged
                                                    Without Payment: $980,299.22

Total Expenses of Administration: $26,424.70

---

   3) Total gross receipts of $   215,000.00   (see **Exhibit 1**), minus funds paid to the debtor
and third parties of $    0.00   (see **Exhibit 2**), yielded net receipts of $215,000.00
from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $1,881,779.00 | $1,885,000.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 26,424.70 | 26,424.70 | 26,424.70 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 28,242.56 | 58,616.64 | 136.63 | 136.63 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 921,673.85 | 467,238.04 | 467,238.04 | 188,438.67 |
| **TOTAL DISBURSEMENTS** | $2,831,695.41 | $2,437,279.38 | $493,799.37 | $215,000.00 |

4) This case was originally filed under Chapter 7 on July 06, 2012. The case was pending for 30 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/22/2014     By: /s/EUGENE CRANE
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| interest of Trust that is one-half owner of RE | 1129-000 | 215,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$215,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6S | North Community Bank, Successor by merger with | 4800-000 | 1,721,682.00 | 1,880,000.00 | 0.00 | 0.00 |
| 7S | North Community Bank successor by merger with | 4800-000 | N/A | 5,000.00 | 0.00 | 0.00 |
| NOTFILED | George D. Karcazes Martin & Karcazes, Ltd. | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America, N.A. | 4110-000 | 154,291.00 | N/A | N/A | 0.00 |
| NOTFILED | Home Loan Team | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Auto | 4110-000 | 5,806.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$1,881,779.00** | **$1,885,000.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| EUGENE CRANE | 2100-000 | N/A | 14,000.00 | 14,000.00 | 14,000.00 |
| Crane, Heyman, Simon, Welch & Clar | 3110-000 | N/A | 7,506.50 | 7,506.50 | 7,506.50 |
| Crane, Heyman, Simon, Welch & Clar | 3120-000 | N/A | 574.20 | 574.20 | 574.20 |
| Popowcer Katten, Ltd. | 3410-000 | N/A | 1,127.00 | 1,127.00 | 1,127.00 |
| Rabobank, N.A. | 2600-000 | N/A | 226.78 | 226.78 | 226.78 |
| Rabobank, N.A. | 2600-000 | N/A | 288.32 | 288.32 | 288.32 |
| Rabobank, N.A. | 2600-000 | N/A | 339.35 | 339.35 | 339.35 |
| Rabobank, N.A. | 2600-000 | N/A | 308.01 | 308.01 | 308.01 |
| Rabobank, N.A. | 2600-000 | N/A | 297.31 | 297.31 | 297.31 |
| Rabobank, N.A. | 2600-000 | N/A | 337.88 | 337.88 | 337.88 |
| Rabobank, N.A. | 2600-000 | N/A | 286.21 | 286.21 | 286.21 |
| Rabobank, N.A. | 2600-000 | N/A | 336.88 | 336.88 | 336.88 |
| Rabobank, N.A. | 2600-000 | N/A | 315.95 | 315.95 | 315.95 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 195.52 | 195.52 | 195.52 |
| Rabobank, N.A. | 2600-000 | N/A | 284.79 | 284.79 | 284.79 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $26,424.70 | $26,424.70 | $26,424.70 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Strube Celery & Vegetable Company | 5500-000 | 24,061.00 | 58,480.01 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Claim | Claimant | Uniform Tran. Code | Amount 1 | Amount 2 | Amount 3 | Amount 4 |
|---|---|---|---:|---:|---:|---:|
| 4P | Illinois Department of Revenue | 5800-000 | 675.56 | 136.63 | 136.63 | 136.63 |
| NOTFILED | Internal Revenue Service | 5200-000 | 3,506.00 | N/A | N/A | 0.00 |
| NOTFILED | Internal Revenue Service | 5200-000 | unknown | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$28,242.56** | **$58,616.64** | **$136.63** | **$136.63** |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---:|---:|---:|---:|
| 1 | Theodoros Mellos | 7100-000 | 40,000.00 | 40,000.00 | 40,000.00 | 16,132.14 |
| 2 | EMC INSURANCE COMPANIES | 7100-000 | N/A | 1,054.65 | 1,054.65 | 425.34 |
| 4U | Illinois Department of Revenue | 7100-000 | unknown | 3,489.70 | 3,489.70 | 1,407.41 |
| 5 | Anthony Marano Company | 7100-000 | 138,900.00 | 165,747.14 | 165,747.14 | 66,846.38 |
| 6U | North Community Bank, successor by merger with | 7100-000 | N/A | 182,569.96 | 182,569.96 | 73,631.08 |
| 7U | North Community Bank, Successor by merger | 7100-000 | 20,719.00 | 15,896.58 | 15,896.58 | 6,411.14 |
| 8 | Strube Celery & Vegetable Company | 7100-000 | 24,061.00 | 58,480.01 | 58,480.01 | 23,585.18 |
| NOTFILED | Internal Revenue Service | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Internal Revenue Service | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | 212 East Condominium Association C/O Lieberman | 7100-000 | 2,900.00 | N/A | N/A | 0.00 |
| NOTFILED | Mark R. Rosenbaum Fischel & Kahn, Ltd. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | A & A Store Equipment, Inc. | 7100-000 | 104.64 | N/A | N/A | 0.00 |
| NOTFILED | A.B. Company, Inc. | 7100-000 | 7,150.58 | N/A | N/A | 0.00 |
| NOTFILED | AAA Price Tag & Specialty Co. | 7100-000 | 2,051.62 | N/A | N/A | 0.00 |
| NOTFILED | ABCO Distributing | 7100-000 | 23.70 | N/A | N/A | 0.00 |
| NOTFILED | Agudath Israel Of Illinois | 7100-000 | 330.00 | N/A | N/A | 0.00 |
| NOTFILED | Alef Sausage, Inc. | 7100-000 | 454.35 | N/A | N/A | 0.00 |
| NOTFILED | Allied West | 7100-000 | 493.73 | N/A | N/A | 0.00 |
| NOTFILED | American Nut & Candy, Inc. | 7100-000 | 1,080.00 | N/A | N/A | 0.00 |
| NOTFILED | Amex | 7100-000 | 502.00 | N/A | N/A | 0.00 |
| NOTFILED | Amex | 7100-000 | 502.00 | N/A | N/A | 0.00 |
| NOTFILED | AmTrust North America Technology Insurance Company | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Nationwide Nick G. Roumeliotis, Ltd. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Michael T. Stanley ORDOWER & ORDOWER, P.C. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Argo, Inc. Georgian Bakery | 7100-000 | 117.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Ashland Sausage Co. | 7100-000 | 2,580.22 | N/A | N/A | 0.00 |
| NOTFILED | AT&T | 7100-000 | 1,011.30 | N/A | N/A | 0.00 |
| NOTFILED | Athanasios Gouliamos | 7100-000 | 40,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Auster Acquistions, LLC | 7100-000 | 22,772.00 | N/A | N/A | 0.00 |
| NOTFILED | Automatic Icemakers LLC | 7100-000 | 275.40 | N/A | N/A | 0.00 |
| NOTFILED | Baltic Bread | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Baltic Food Distributing, Inc. | 7100-000 | 168.00 | N/A | N/A | 0.00 |
| NOTFILED | Banner Wholesale Grocers | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Banner Wholesale | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Battaglia Distributing Co., Inc. | 7100-000 | 516.40 | N/A | N/A | 0.00 |
| NOTFILED | Bimbo Foods, Inc. | 7100-000 | 41.14 | N/A | N/A | 0.00 |
| NOTFILED | Blue Cross And Blue Shield Of Illinois | 7100-000 | 440.00 | N/A | N/A | 0.00 |
| NOTFILED | Boss Trading Corp. | 7100-000 | 1,400.00 | N/A | N/A | 0.00 |
| NOTFILED | Bread And Cake Distribution, Inc. | 7100-000 | 38.00 | N/A | N/A | 0.00 |
| NOTFILED | Brickyard Bank | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Caramela Bakery | 7100-000 | 172.70 | N/A | N/A | 0.00 |
| NOTFILED | Cassidy Tire & Service | 7100-000 | 100.00 | N/A | N/A | 0.00 |
| NOTFILED | Cedar's Mediterranean Distribution, Inc. | 7100-000 | 2,026.60 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 1.00 | N/A | N/A | 0.00 |
| NOTFILED | Chicago Packaging Supply, Inc. | 7100-000 | 1,428.00 | N/A | N/A | 0.00 |
| NOTFILED | City Of Chicago C/O Heller Shapiro Frisone | 7100-000 | 7,080.00 | N/A | N/A | 0.00 |
| NOTFILED | City Of Chicago - Dep. Of Buildings | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | City Of Chicago - Department Of Finance C/O Arnold Scott | 7100-000 | 244.00 | N/A | N/A | 0.00 |
| NOTFILED | City Wide Produce Dist. | 7100-000 | 12,446.75 | N/A | N/A | 0.00 |
| NOTFILED | City Wide Produce Dist. | 7100-000 | 3,496.25 | N/A | N/A | 0.00 |
| NOTFILED | Coca-Cola Refreshments Cicero Sales Center | 7100-000 | 603.80 | N/A | N/A | 0.00 |
| NOTFILED | ComEd | 7100-000 | 679.75 | N/A | N/A | 0.00 |
| NOTFILED | Coosemans Chicago, Inc. | 7100-000 | 948.00 | N/A | N/A | 0.00 |
| NOTFILED | Corfu Foods, Inc. | 7100-000 | 1,826.00 | N/A | N/A | 0.00 |
| NOTFILED | Country Gas | 7100-000 | 200.66 | N/A | N/A | 0.00 |
| NOTFILED | CPP | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Lease Finance Group, LLC | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Crandall, Dubow & Harner, Inc. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Cumex Distributors, Inc. | 7100-000 | 632.50 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | D.M. Emporium | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Dairy Fresh Foods, Inc. | 7100-000 | 1,011.10 | N/A | N/A | 0.00 |
| NOTFILED | Dearborn Wholesale Grocers, L.P. | 7100-000 | 8,009.73 | N/A | N/A | 0.00 |
| NOTFILED | Delta Marketing | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Dietz & Kolodenko | 7100-000 | 4,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Dr. Pepper Snapple Group | 7100-000 | 275.85 | N/A | N/A | 0.00 |
| NOTFILED | DTI Huntley | 7100-000 | 665.05 | N/A | N/A | 0.00 |
| NOTFILED | Dutch Farms, Inc. | 7100-000 | 330.00 | N/A | N/A | 0.00 |
| NOTFILED | Eagle Distributors, Inc. | 7100-000 | 824.60 | N/A | N/A | 0.00 |
| NOTFILED | Eure-Delights | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Europa Bakery | 7100-000 | 121.00 | N/A | N/A | 0.00 |
| NOTFILED | Evergreen International, Inc. | 7100-000 | 37.00 | N/A | N/A | 0.00 |
| NOTFILED | Fantis Imports, Inc. | 7100-000 | 1,022.80 | N/A | N/A | 0.00 |
| NOTFILED | First Advantage | 7100-000 | 14.95 | N/A | N/A | 0.00 |
| NOTFILED | Flowmaster | 7100-000 | 2,800.00 | N/A | N/A | 0.00 |
| NOTFILED | Food Depot International | 7100-000 | 431.00 | N/A | N/A | 0.00 |
| NOTFILED | Frito-Lay | 7100-000 | 241.62 | N/A | N/A | 0.00 |
| NOTFILED | Fullerton Cash Registers | 7100-000 | 4,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Futuro Foods | 7100-000 | 347.00 | N/A | N/A | 0.00 |
| NOTFILED | G & B Plumbing & Heating | 7100-000 | 300.00 | N/A | N/A | 0.00 |
| NOTFILED | George's Sign Service, Inc. | 7100-000 | 142.00 | N/A | N/A | 0.00 |
| NOTFILED | Globe Resource, Inc. | 7100-000 | 329.80 | N/A | N/A | 0.00 |
| NOTFILED | Gold Star | 7100-000 | 308.00 | N/A | N/A | 0.00 |
| NOTFILED | Goya | 7100-000 | 708.54 | N/A | N/A | 0.00 |
| NOTFILED | Grand Prix | 7100-000 | 1,239.53 | N/A | N/A | 0.00 |
| NOTFILED | Grante Food International LLC | 7100-000 | 823.00 | N/A | N/A | 0.00 |
| NOTFILED | Hanmi, Inc. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Heartland Produce Co. | 7100-000 | 3,395.00 | N/A | N/A | 0.00 |
| NOTFILED | Hebros Foods | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Hudson Energy | 7100-000 | 24,867.65 | N/A | N/A | 0.00 |
| NOTFILED | Hyson USA, Inc. | 7100-000 | 3,561.99 | N/A | N/A | 0.00 |
| NOTFILED | Ideal Pastry | 7100-000 | 46.50 | N/A | N/A | 0.00 |
| NOTFILED | International Golden Foods, Inc. | 7100-000 | 1,239.00 | N/A | N/A | 0.00 |
| NOTFILED | J.L. Gonzalez Produce, Inc. | 7100-000 | 40.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | JAB Produce | 7100-000 | 285.50 | N/A | N/A | 0.00 |
| NOTFILED | Jack Tuchten Wholesale Produce, Inc. | 7100-000 | 3,638.50 | N/A | N/A | 0.00 |
| NOTFILED | Jerry Wolkenheim | 7100-000 | 163.64 | N/A | N/A | 0.00 |
| NOTFILED | Jewish Star | 7100-000 | 145.00 | N/A | N/A | 0.00 |
| NOTFILED | Johnstone Supply | 7100-000 | 3,935.75 | N/A | N/A | 0.00 |
| NOTFILED | Joseph Mullarkey Dist. | 7100-000 | 107.40 | N/A | N/A | 0.00 |
| NOTFILED | K.M.K. Distributors | 7100-000 | 316.30 | N/A | N/A | 0.00 |
| NOTFILED | Kehe Distributors | 7100-000 | 584.68 | N/A | N/A | 0.00 |
| NOTFILED | KhD Distribution, LLC | 7100-000 | 44.00 | N/A | N/A | 0.00 |
| NOTFILED | Kosher Meat Klub | 7100-000 | 60.00 | N/A | N/A | 0.00 |
| NOTFILED | Krinos Foods, LLC | 7100-000 | 1,512.53 | N/A | N/A | 0.00 |
| NOTFILED | Krinos Foods | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Kuhns Imports | 7100-000 | 100.00 | N/A | N/A | 0.00 |
| NOTFILED | La Galera Produce | 7100-000 | 548.00 | N/A | N/A | 0.00 |
| NOTFILED | La Tropican Food, Inc. | 7100-000 | 683.00 | N/A | N/A | 0.00 |
| NOTFILED | Larcker Recycling Services, Inc. | 7100-000 | 170.00 | N/A | N/A | 0.00 |
| NOTFILED | Law Offices Of Larry J. Meyer | 7100-000 | 780.00 | N/A | N/A | 0.00 |
| NOTFILED | Lease Finance Group, LLC | 7100-000 | 126.20 | N/A | N/A | 0.00 |
| NOTFILED | Lifeway Foods, Inc. | 7100-000 | 229.50 | N/A | N/A | 0.00 |
| NOTFILED | Lipari | 7100-000 | 675.40 | N/A | N/A | 0.00 |
| NOTFILED | Loutos Motor Service, Inc. | 7100-000 | 150.00 | N/A | N/A | 0.00 |
| NOTFILED | Lowell International Company | 7100-000 | 371.04 | N/A | N/A | 0.00 |
| NOTFILED | Maestranzi Brothers | 7100-000 | 15.00 | N/A | N/A | 0.00 |
| NOTFILED | Mandolini Co. | 7100-000 | 7,977.00 | N/A | N/A | 0.00 |
| NOTFILED | Marcas Foods | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Margarita Gouliamos | 7100-000 | 198,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Martin's Famous Pastry Shoppe, Inc. | 7100-000 | 37.24 | N/A | N/A | 0.00 |
| NOTFILED | Max's Imports | 7100-000 | 80.00 | N/A | N/A | 0.00 |
| NOTFILED | May's Honey Farms | 7100-000 | 332.00 | N/A | N/A | 0.00 |
| NOTFILED | MGH Food Services | 7100-000 | 189.48 | N/A | N/A | 0.00 |
| NOTFILED | Midland Distributors | 7100-000 | 200.00 | N/A | N/A | 0.00 |
| NOTFILED | Minos Foods | 7100-000 | 100.00 | N/A | N/A | 0.00 |
| NOTFILED | MN Distribution | 7100-000 | 77.90 | N/A | N/A | 0.00 |
| NOTFILED | Moonlight International, Inc. | 7100-000 | 102.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Mori Milk & Ice Cream Co., Inc. | 7100-000 | 774.67 | N/A | N/A | 0.00 |
| NOTFILED | Mounsef International, Inc. | 7100-000 | 12.00 | N/A | N/A | 0.00 |
| NOTFILED | MSRJ/Voice Of Israel/Moshiach Now | 7100-000 | 780.00 | N/A | N/A | 0.00 |
| NOTFILED | Mussman's Back Acres, Inc. | 7100-000 | 181.28 | N/A | N/A | 0.00 |
| NOTFILED | Natars NY Food Corp. | 7100-000 | 6,447.57 | N/A | N/A | 0.00 |
| NOTFILED | National Lift Truck, Inc. | 7100-000 | 39.92 | N/A | N/A | 0.00 |
| NOTFILED | Nationalwide P & C Insurance Co. One Nationwide Plaza | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Nick G. Roumeliotis | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | NCCI, Inc. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Nestle Waters North America | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | New La Estrella Foods | 7100-000 | 736.00 | N/A | N/A | 0.00 |
| NOTFILED | Nick G. Roumeliotis | 7100-000 | 1,800.00 | N/A | N/A | 0.00 |
| NOTFILED | Nicor Gas | 7100-000 | 154.00 | N/A | N/A | 0.00 |
| NOTFILED | North Shore Kosher Bakery | 7100-000 | 57.96 | N/A | N/A | 0.00 |
| NOTFILED | Northern Illinois Milk | 7100-000 | 9,642.10 | N/A | N/A | 0.00 |
| NOTFILED | Northern Illinois Milk | 7100-000 | 1,286.00 | N/A | N/A | 0.00 |
| NOTFILED | Northshore | 7100-000 | 9,774.26 | N/A | N/A | 0.00 |
| NOTFILED | Oakton Bakery | 7100-000 | 22.50 | N/A | N/A | 0.00 |
| NOTFILED | Office Of The City Clerk Miguel Del Valle | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Oil Plus | 7100-000 | 230.00 | N/A | N/A | 0.00 |
| NOTFILED | Optima Foods | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | P & M Distributors, Inc. | 7100-000 | 2,056.00 | N/A | N/A | 0.00 |
| NOTFILED | Panama Distributors Of Fine Produce | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Peoples Gas | 7100-000 | 1,060.84 | N/A | N/A | 0.00 |
| NOTFILED | Pepperidge Farm | 7100-000 | 145.42 | N/A | N/A | 0.00 |
| NOTFILED | Pepperidge Farm | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Pepsi Americas | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Peter Housakos | 7100-000 | 46,534.74 | N/A | N/A | 0.00 |
| NOTFILED | Murray J. Lewison | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Polish Folklore Import Company | 7100-000 | 798.55 | N/A | N/A | 0.00 |
| NOTFILED | Quill Corporation | 7100-000 | 318.22 | N/A | N/A | 0.00 |
| NOTFILED | R & F Imports, Inc. | 7100-000 | 86.16 | N/A | N/A | 0.00 |
| NOTFILED | Racconto | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Rain Trading, Inc. | 7100-000 | 642.68 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Regal Health Food International, Inc. | 7100-000 | 1,291.05 | N/A | N/A | 0.00 |
| NOTFILED | Riverside Specialty Foods, Inc. | 7100-000 | 99.00 | N/A | N/A | 0.00 |
| NOTFILED | Roscoe & Western Service Center | 7100-000 | 2,309.99 | N/A | N/A | 0.00 |
| NOTFILED | Royalty Foods, LLC | 7100-000 | 643.00 | N/A | N/A | 0.00 |
| NOTFILED | S.E.G. International | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Safety Services Company | 7100-000 | 99.98 | N/A | N/A | 0.00 |
| NOTFILED | Sibley Store Fixtures | 7100-000 | 228.00 | N/A | N/A | 0.00 |
| NOTFILED | Snyder's Of Hanover, Inc. | 7100-000 | 241.16 | N/A | N/A | 0.00 |
| NOTFILED | Society Insurance | 7100-000 | 4,797.00 | N/A | N/A | 0.00 |
| NOTFILED | Spiros Picoulas | 7100-000 | 197,304.00 | N/A | N/A | 0.00 |
| NOTFILED | Murray J. Lewison | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Sunny Hill Honey | 7100-000 | 100.00 | N/A | N/A | 0.00 |
| NOTFILED | T & G Mechanical Services, Inc. | 7100-000 | 100.00 | N/A | N/A | 0.00 |
| NOTFILED | TeleCheck Services, Inc. | 7100-000 | 15.00 | N/A | N/A | 0.00 |
| NOTFILED | The Chicago Jewish News | 7100-000 | 956.25 | N/A | N/A | 0.00 |
| NOTFILED | The Garage Car Care Auto Repair | 7100-000 | 400.00 | N/A | N/A | 0.00 |
| NOTFILED | Therm Tech | 7100-000 | 100.00 | N/A | N/A | 0.00 |
| NOTFILED | TM Tire Co., Inc. | 7100-000 | 860.67 | N/A | N/A | 0.00 |
| NOTFILED | TMG | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Today's Tempations, Inc. | 7100-000 | 50.00 | N/A | N/A | 0.00 |
| NOTFILED | TransTech Merchant Group | 7100-000 | 100.00 | N/A | N/A | 0.00 |
| NOTFILED | Trilini | 7100-000 | 200.00 | N/A | N/A | 0.00 |
| NOTFILED | Tuchten | 7100-000 | 200.00 | N/A | N/A | 0.00 |
| NOTFILED | Turano Baking Company | 7100-000 | 100.00 | N/A | N/A | 0.00 |
| NOTFILED | United Packaging Products, Inc. | 7100-000 | 937.82 | N/A | N/A | 0.00 |
| NOTFILED | Universal Food Distributors, Inc. | 7100-000 | 100.00 | N/A | N/A | 0.00 |
| NOTFILED | V & G Commerce | 7100-000 | 150.00 | N/A | N/A | 0.00 |
| NOTFILED | V.E. Berg & Sons Co. | 7100-000 | 770.00 | N/A | N/A | 0.00 |
| NOTFILED | Val's Bakery | 7100-000 | 80.00 | N/A | N/A | 0.00 |
| NOTFILED | Verizon Wireless | 7100-000 | 377.70 | N/A | N/A | 0.00 |
| NOTFILED | Vita Food Products | 7100-000 | 732.66 | N/A | N/A | 0.00 |
| NOTFILED | Volume Plastics, Inc. | 7100-000 | 450.00 | N/A | N/A | 0.00 |
| NOTFILED | Weston Bakeries | 7100-000 | 80.00 | N/A | N/A | 0.00 |
| NOTFILED | YPV Distribution | 7100-000 | 181.84 | N/A | N/A | 0.00 |

| NOTFILED | Ziyad Brothers Importing | 7100-000 | 150.00 | N/A | N/A | 0.00 |
| --- | --- | --- | --- | --- | --- | --- |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $921,673.85 | $467,238.04 | $467,238.04 | $188,438.67 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-27116  
**Case Name:** PAPPAS, NICK P.

**Period Ending:** 12/22/14

**Trustee:** (330350)  EUGENE CRANE  
**Filed (f) or Converted (c):** 07/06/12 (f)  
**§341(a) Meeting Date:** 09/04/12  
**Claims Bar Date:** 05/31/13

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Commercial 1234 South Michigan Avenue, Chicago, Orig. Asset Memo: Imported from original petition Doc# 1 | 900,000.00 | 0.00 | | 0.00 | FA |
| 2 | Vacant Lot, 1139 South Whipple, Chicago Orig. Asset Memo: Imported from original petition Doc# 1 | 20,000.00 | 0.00 | | 0.00 | FA |
| 3 | Checking Account at Brickyard Bank accounts, cer Orig. Asset Memo: Imported from original petition Doc# 1 | 250.00 | 0.00 | | 0.00 | FA |
| 4 | Normal household furniture and tv audio, video, Orig. Asset Memo: Imported from original petition Doc# 1 | 1,000.00 | 0.00 | | 0.00 | FA |
| 5 | Regular clothing and related Orig. Asset Memo: Imported from original petition Doc# 1 | 200.00 | 0.00 | | 0.00 | FA |
| 6 | 100% Stock of Ted's Fruit Market, Inc. (Corporat Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 7 | Beneficial interest of Trust that is one-half ow Orig. Asset Memo: Imported from original petition Doc# 1 | 40,000.00 | 0.00 | | 0.00 | FA |
| 8 | interest of Trust that is one-half owner of RE Orig. Asset Memo: Imported from original petition Doc# 1 | 250,000.00 | 235,000.00 | | 215,000.00 | FA |
| 9 | 1999 Mercedes (wife's car) no equitable interest Orig. Asset Memo: Imported from original petition Doc# 1 | 5,500.00 | 2,750.00 | | 0.00 | FA |
| 10 | 2008 Ford Explorer Orig. Asset Memo: Imported from original petition Doc# 1 | 9,000.00 | 794.00 | | 0.00 | FA |
| 10 | Assets    Totals (Excluding unknown values) | $1,225,950.00 | $238,544.00 | | $215,000.00 | $0.00 |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-27116  
**Case Name:** PAPPAS, NICK P.  

**Trustee:** (330350)   EUGENE CRANE  
**Filed (f) or Converted (c):** 07/06/12 (f)  
**§341(a) Meeting Date:** 09/04/12  

**Period Ending:** 12/22/14  
**Claims Bar Date:** 05/31/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Major Activities Affecting Case Closing:**

07/25/2014: Final check has cleared the bank; will file FA Report. (dk)

03/31/2014: Final Report and Applications for Compensation filed with Court. Hg on 04/30 at 10am (dk)

03/17/2014: Final Report filed with the USTO (dk)

01/31/2013: Negotiating settlement for interest in Trust (dk)

**Initial Projected Date Of Final Report (TFR):**   December 31, 2013      **Current Projected Date Of Final Report (TFR):**   March 31, 2014  (Actual)

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 12-27116  
**Case Name:** PAPPAS, NICK P.  

**Taxpayer ID #:** **-***0720  
**Period Ending:** 12/22/14  

**Trustee:** EUGENE CRANE (330350)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3766 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 05/08/13 | {8} | Pauline Pappas | Settlement on Trust | 1129-000 | 10,000.00 | | 10,000.00 |
| 05/08/13 | {8} | Pauline Pappas | Settlement on Trust | 1129-000 | 205,000.00 | | 215,000.00 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 226.78 | 214,773.22 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 288.32 | 214,484.90 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 339.35 | 214,145.55 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 308.01 | 213,837.54 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 297.31 | 213,540.23 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 337.88 | 213,202.35 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 286.21 | 212,916.14 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 336.88 | 212,579.26 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 315.95 | 212,263.31 |
| 02/05/14 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2013 FOR CASE #12-27116, Blanket Bond Premium, Bond#016026455 | 2300-000 | | 195.52 | 212,067.79 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 284.79 | 211,783.00 |
| 04/30/14 | 102 | EUGENE CRANE | Dividend paid 100.00% on $14,000.00, Trustee Compensation; Reference: | 2100-000 | | 14,000.00 | 197,783.00 |
| 04/30/14 | 103 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 100.00% on $7,506.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 7,506.50 | 190,276.50 |
| 04/30/14 | 104 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 100.00% on $574.20, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 574.20 | 189,702.30 |
| 04/30/14 | 105 | Popowcer Katten, Ltd. | Dividend paid 100.00% on $1,127.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 1,127.00 | 188,575.30 |
| 04/30/14 | 106 | Illinois Department of Revenue | Dividend paid 100.00% on $136.63; Claim# 4P; Filed: $136.63; Reference: | 5800-000 | | 136.63 | 188,438.67 |
| 04/30/14 | 107 | Theodoros Mellos | Dividend paid 40.33% on $40,000.00; Claim# 1; Filed: $40,000.00; Reference: | 7100-000 | | 16,132.14 | 172,306.53 |
| 04/30/14 | 108 | EMC INSURANCE COMPANIES | Dividend paid 40.33% on $1,054.65; Claim# 2; Filed: $1,054.65; Reference: | 7100-000 | | 425.34 | 171,881.19 |
| 04/30/14 | 109 | Illinois Department of Revenue | Dividend paid 40.33% on $3,489.70; Claim# 4U; Filed: $3,489.70; Reference: | 7100-000 | | 1,407.41 | 170,473.78 |
| 04/30/14 | 110 | Anthony Marano Company | Dividend paid 40.33% on $165,747.14; Claim# 5; Filed: $165,747.14; Reference: | 7100-000 | | 66,846.38 | 103,627.40 |
| 04/30/14 | 111 | North Community Bank, successor by merger with Archer Bank | Dividend paid 40.33% on $182,569.96; Claim# 6U; Filed: $182,569.96; Reference: | 7100-000 | | 73,631.08 | 29,996.32 |

Subtotals :   $215,000.00   $185,003.68

{} Asset reference(s)

Printed: 12/22/2014 02:25 PM   V.13.15

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 12-27116  
**Case Name:** PAPPAS, NICK P.  

**Taxpayer ID #:** **-***0720  
**Period Ending:** 12/22/14  

**Trustee:** EUGENE CRANE (330350)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3766 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/30/14 | 112 | North Community Bank, Successor by merger with Archer Bank | Dividend paid 40.33% on $15,896.58; Claim# 7U; Filed: $15,896.58; Reference: | 7100-000 | | 6,411.14 | 23,585.18 |
| 04/30/14 | 113 | Strube Celery & Vegetable Company | Dividend paid 40.33% on $58,480.01; Claim# 8; Filed: $58,480.01; Reference: | 7100-000 | | 23,585.18 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 215,000.00 | 215,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 215,000.00 | 215,000.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$215,000.00** | **$215,000.00** | |

| | |
|---|---|
| Net Receipts : | 215,000.00 |
| Net Estate : | $215,000.00 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******3766** | 215,000.00 | 215,000.00 | 0.00 |
| | **$215,000.00** | **$215,000.00** | **$0.00** |